

# ELECTRICAL CONSTRUCTION TRUST FUNDS
## LOCAL 103, I.B.E.W.
256 FREEPORT STREET, BOSTON, MASSACHUSETTS 02122
TELEPHONE (617) 288-5999



BOSTON CHAPTER

1-800-564-5999
FAX (617) 288-6696

RUSSELL SHEEHAN, ADMINISTRATOR
RICHARD GAMBINO, ASST. ADMINISTRATOR

July 26, 2004

UNITED ELECTRIC COMPANY, INC.
P.O. BOX 446
BOLTON, MA 01740

Employer # 92575

The enclosed letter contains the latest contract language regarding collection of delinquent payments to the Electrical Construction Trust Funds.

Since the effective date of the contract language, you have been delinquent in some payments to these Funds. In every case, we have notified you by certified mail of your delinquency.

This is to notify you that we have computed the interest due these Funds as follows:

| CONT. MONTH | DUE DATE | RECEIPT DATE | RECEIPT NUMBER | CONTRIBUTION AMOUNT | INTEREST DUE |
|---|---|---|---|---|---|
| 4/2000  | 5/15/2000  | 9/22/2000  | 42646 | $313.20   | $19.93 |
| 5/2000  | 6/15/2000  | 9/22/2000  | 42648 | $623.70   | $30.13 |
| 6/2000  | 7/15/2000  | 9/22/2000  | 42650 | $723.60   | $24.26 |
| 7/2000  | 8/15/2000  | 9/22/2000  | 42701 | $4,853.45 | $88.52 |
| 8/2000  | 9/15/2000  | 10/22/2000 | 46389 | $2,247.70 | $39.89 |
| 8/2000  | 9/15/2000  | 11/10/2000 | 46387 | $432.00   | $11.72 |
| 11/2000 | 12/15/2000 | 1/02/2001  | 49538 | $1,908.00 | $15.04 |
| 1/2001  | 2/15/2001  | 2/28/2001  | 52960 | $2,014.00 | $11.90 |
| 4/2001  | 5/15/2001  | 5/30/2001  | 58909 | $1,364.75 | $9.42  |
| 5/2001  | 6/15/2001  | 7/09/2001  | 61002 | $1,378.00 | $15.62 |
| 5/2001  | 7/15/2001  | 7/24/2001  | 62078 | $2,650.00 | $10.45 |

PAGE TOTAL: $276.88

# ELECTRICAL CONSTRUCTION TRUST FUNDS
## LOCAL 103, I.B.E.W.
### 256 FREEPORT STREET, BOSTON, MASSACHUSETTS 02122
### TELEPHONE (617) 288-5999


BOSTON CHAPTER

1-800-564-5999
FAX (617) 288-6696

RUSSELL SHEEHAN, ADMINISTRATOR
RICHARD GAMBINO, ASST. ADMINISTRATOR

July 28, 2004

UNITED ELECTRIC COMPANY, INC.
P.O. BOX 446
BOLTON, MA 01740

Employer # 92573

(Continued)

| CONT. MONTH | DUE DATE | RECEIPT DATE | RECEIPT NUMBER | CONTRIBUTION AMOUNT | INTEREST DUE |
|---|---|---|---|---|---|
| 9/2001 | 10/15/2001 | 1/10/2002 | 74162 | $2,121.60 | $89.96 |
| 9/2001 | 10/15/2001 | 1/10/2002 | 74165 | $473.76 | $20.09 |
| 10/2001 | 11/15/2001 | 11/30/2001 | 71515 | $729.30 | $5.03 |
| 12/2001 | 1/15/2002 | 2/28/2002 | 78060 | $4,843.52 | $102.69 |
| 12/2001 | 1/15/2002 | 2/28/2002 | 78063 | $802.56 | $17.01 |
| 1/2002 | 2/15/2002 | 2/28/2002 | 78069 | $1,981.19 | $11.72 |
| 7/2002 | 8/15/2002 | 8/23/2002 | 90427 | $1,656.76 | $5.71 |
| 8/2002 | 9/15/2002 | 9/30/2002 | 92794 | $3,157.65 | $21.79 |
| 9/2002 | 10/15/2002 | 11/05/2002 | 95237 | $2,519.30 | $24.84 |
| 6/2003 | 7/15/2003 | 8/27/2003 | 115176 | $688.32 | $14.25 |
| 8/2003 | 9/15/2003 | 12/22/2003 | 124114 | $760.02 | $36.35 |
| 9/2003 | 10/15/2003 | 12/22/2003 | 124116 | $973.36 | $32.16 |
| 2/2004 | 3/15/2004 | 4/13/2004 | 129228 | $1,184.96 | $16.35 |

TOTAL DUE: $674.83

Please make one check payable to the Citizens Bank and mail to Electrical Construction Trust Funds, Local 103, I.B.E.W., 256 Freeport Street, Boston, Massachusetts 02122. Payments not received by one month from the date of this letter will be reported to the Trustees for further action.

Sincerely,

Russell F. Sheehan
Administrator