# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

\* Also Admitted to the New Hampshire Bar

\*\*Also Admitted to the California Bar

July 6, 2004

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL**
John Keenan, President
United Electric
P.O. Box #446
Bolton, MA 01740

Re:   Electrical Construction Trust Funds vs. United Electric Co., Inc.

Dear Mr. Keenan:

As you know, we have been retained by the Electrical Construction Trust Funds, Local 103 I.B.E.W. to collect all delinquent fringe benefit contributions due the Funds. We have been advised that United Electric Co., Inc. owes the Funds contributions for the period April, 2004 to the present, together with a delinquent fee and attorney's fees. This letter constitutes a demand for immediate payment of the unpaid contributions, delinquent fee and attorney's fees.

Please call upon receipt of this letter to arrange for payment. Failure to do so may result in legal action, in which case United Electrical will be liable not only for the contributions, delinquent fee, and attorney's fees, but for liquidated damages, as well.

Thank you in advance for your prompt cooperation in this matter.

Very truly yours,

Anne R. Sills

cc:   Russell Sheehan
      Karen Martell

ARS/ars&ts
3013 00-345/keenan13.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187



# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, JR.
PAUL S. HOROVITZ

\* Also Admitted to the
   New Hampshire Bar

\*\*Also Admitted to
   the California Bar

July 30, 2004

BY CERTIFIED MAIL, RETURN RECEIPT
REQUESTED AND FIRST CLASS MAIL
John Keenan, President
United Electric
P.O. Box #446
Bolton, MA 01740

Re:   Electrical Construction Trust Funds vs. United Electric Co., Inc.

Dear Mr. Keenan:

As you know, we have been retained by the Electrical Construction Trust Funds, Local 103, I.B.E.W. to collect all delinquent fringe benefit contributions due the Funds. I have been advised that United Electric Company is now delinquent for the period April and May, 2004 and owes a delinquent fee and attorney's fees in addition to the unpaid contributions.

This letter constitutes a demand for immediate payment of the unpaid contributions, delinquent fee and attorney's fees and submission of the relevant remittance reports.

Please call upon receipt of this letter to arrange for payment. Failure to do so may result in legal action, in which case United Electric will be liable not only for the contributions, delinquent fee, and attorneys fees, but for liquidated damages, as well.

Very truly yours,

Anne R. Sills

cc:   Russell Sheehan
      Karen Martell

ARS/ars&wld
3013 00-345/keenan15.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187



# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, JR.
PAUL S. HOROVITZ

*Also Admitted to the New Hampshire Bar

**Also Admitted to the California Bar

August 30, 2004

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL**

John Keenan, President
United Electric Co., Inc.
P.O. Box #446
Bolton, MA 01740

Re:   Electrical Construction Trust Funds vs. United Electric Co., Inc.

Dear Mr. Keenan:

We have been retained by the Electrical Construction Trust Funds, Local 103, I.B.E.W. to collect all delinquent fringe benefit contributions due the Funds. We have been advised that United Electric Co., Inc. owes the Funds contributions for the period May through July, 2004 together with interest, through July, 2004, in the amount of $674.83 and attorney's fees. A copy of the Funds' interest statement is enclosed for your review.

This letter constitutes a demand for immediate payment of the unpaid contributions, interest and attorney's fees.

Please call upon receipt of this letter to arrange for payment. Failure to do so will result in legal action, in which case United Electric will be liable not only for the contributions, interest and attorney's fees, but for liquidated damages, as well.

Thank you in advance for your prompt cooperation in this matter.

Very truly yours,

Anne R. Sills

cc:   Russell Sheehan
      Karen Martell

ARS/ars&wld
3013 00-345/keenan16.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187

Case 1:04-cv-12209-EFH   Document 1-6   Filed 10/21/2004   Page 6 of 10

# ELECTRICAL CONSTRUCTION TRUST FUNDS
## LOCAL 103, I.B.E.W.
### 256 FREEPORT STREET, BOSTON, MASSACHUSETTS 02122
### TELEPHONE (617) 288-5999




BOSTON CHAPTER

1-800-564-5999  
FAX (617) 288-6696

RUSSELL SHEEHAN, ADMINISTRATOR  
RICHARD GAMBINO, ASST. ADMINISTRATOR

July 26, 2004

UNITED ELECTRIC COMPANY, INC.          Employer # 92573
P.O. BOX 446
BOLTON, MA 01740

    The enclosed letter contains the latest contract language regarding collection of delinquent payments to the Electrical Construction Trust Funds.

    Since the effective date of the contract language, you have been delinquent in some payments to these Funds. In every case, we have notified you by certified mail of your delinquency.

    This is to notify you that we have computed the interest due these Funds as follows:

| CONT. MONTH | DUE DATE | RECEIPT DATE | RECEIPT NUMBER | CONTRIBUTION AMOUNT | INTEREST DUE |
|---|---|---|---|---|---|
| 4/2000  | 5/15/2000  | 9/22/2000  | 42646 | $313.20   | $19.93 |
| 5/2000  | 6/15/2000  | 9/22/2000  | 42648 | $623.70   | $30.13 |
| 6/2000  | 7/15/2000  | 9/22/2000  | 42650 | $723.60   | $24.26 |
| 7/2000  | 8/15/2000  | 9/22/2000  | 42701 | $4,853.45 | $88.52 |
| 8/2000  | 9/15/2000  | 10/22/2000 | 46389 | $2,247.70 | $39.89 |
| 8/2000  | 9/15/2000  | 11/10/2000 | 46387 | $432.00   | $11.72 |
| 11/2000 | 12/15/2000 | 1/02/2001  | 49538 | $1,908.00 | $15.04 |
| 1/2001  | 2/15/2001  | 2/28/2001  | 52960 | $2,014.00 | $11.90 |
| 4/2001  | 5/15/2001  | 5/30/2001  | 58905 | $1,364.75 | $9.42  |
| 5/2001  | 6/15/2001  | 7/09/2001  | 61002 | $1,378.00 | $15.62 |
| 6/2001  | 7/15/2001  | 7/24/2001  | 62078 | $2,650.00 | $10.45 |

          PAGE TOTAL: $276.88

# ELECTRICAL CONSTRUCTION TRUST FUNDS
## LOCAL 103, I.B.E.W.
### 256 FREEPORT STREET, BOSTON, MASSACHUSETTS 02122
### TELEPHONE (617) 288-5999



BOSTON CHAPTER

1-800-564-5999  
FAX (617) 288-6696

RUSSELL SHEEHAN, ADMINISTRATOR  
RICHARD GAMBINO, ASST. ADMINISTRATOR

July 28, 2004

UNITED ELECTRIC COMPANY, INC.  
P.O. BOX 446  
BOLTON, MA 01740

Employer # 92575

(Continued)

| CONT. MONTH | DUE DATE | RECEIPT DATE | RECEIPT NUMBER | CONTRIBUTION AMOUNT | INTEREST DUE |
|---|---|---|---|---|---|
| 9/2001 | 10/15/2001 | 1/10/2002 | 74162 | $2,121.60 | $89.96 |
| 9/2001 | 10/15/2001 | 1/10/2002 | 74165 | $473.76 | $20.09 |
| 10/2001 | 11/15/2001 | 11/30/2001 | 71515 | $729.30 | $5.03 |
| 12/2001 | 1/15/2002 | 2/28/2002 | 78060 | $4,843.52 | $102.69 |
| 12/2001 | 1/15/2002 | 2/28/2002 | 78063 | $802.56 | $17.01 |
| 1/2002 | 2/15/2002 | 2/28/2002 | 78065 | $1,981.19 | $11.72 |
| 7/2002 | 8/15/2002 | 8/23/2002 | 90427 | $1,656.76 | $5.71 |
| 8/2002 | 9/15/2002 | 9/30/2002 | 92794 | $3,157.65 | $21.79 |
| 9/2002 | 10/15/2002 | 11/05/2002 | 95237 | $2,519.30 | $24.84 |
| 6/2003 | 7/15/2003 | 8/27/2003 | 115176 | $688.32 | $14.25 |
| 8/2003 | 9/15/2003 | 12/22/2003 | 124114 | $760.02 | $36.35 |
| 9/2003 | 10/15/2003 | 12/22/2003 | 124116 | $973.36 | $32.16 |
| 2/2004 | 3/15/2004 | 4/13/2004 | 129228 | $1,184.96 | $16.35 |
|  |  |  | **TOTAL DUE:** |  | **$674.82** |

Please make one check payable to the Citizens Bank and mail to Electrical Construction Trust Funds, Local 103, I.B.E.W., 256 Freeport Street, Boston, Massachusetts 02122. Payments not received by one month from the date of this letter will be reported to the Trustees for further action.

Sincerely,

Russell M. Sheehan  
Administrator



# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, JR.
PAUL S. HOROVITZ

* Also Admitted to the
  New Hampshire Bar

** Also Admitted to
   the California Bar

September 28, 2004

**BY CERTIFIED MAIL, RETURN RECEIPT**
**REQUESTED AND FIRST CLASS MAIL**
John Keenan, President
United Electric Co., Inc.
P.O. Box #446
Bolton, MA  01740

Re:    Electrical Construction Trust Funds vs. United Electric Co., Inc.

Dear Mr. Keenan:

We have been retained by the Electrical Construction Trust Funds, Local 103, I.B.E.W. to collect all delinquent fringe benefit contributions due the Funds. We have been advised that United Electric Co., Inc. owes the Funds contributions for the period April through August, 2004 together with interest, through July, 2004, in the amount of $674.83 and attorney's fees. This letter constitutes a demand for immediate payment of the unpaid contributions, interest and attorney's fees.

Please call upon receipt of this letter to arrange for payment. Failure to do so WILL result in legal action, in which case United Electric will be liable not only for the contributions, interest and attorney's fees, but for liquidated damages, as well.

Thank you in advance for your prompt cooperation in this matter.

Very truly yours,

Anne R. Sills

cc:    Russell Sheehan
       Karen Martell

ARS/ars&ts
3013 00-345/keenan17.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187

