# United States District Court

_____ DISTRICT OF _____

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
Plaintiffs

V.

Chris Mealey Electrical, Inc.,
Defendant

and

First Trade Union Bank and Fleet Bank,
Trustees

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-12209 EFH

TO: (Name and address of defendant)

Chris Mealey Electrical, Inc.
~~1452 East Broadway~~
~~South Boston, MA 02127~~
90 Wilkins Road
Braintree, MA 02184

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Geiman, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  10-21-04

3013 02-037

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                Signature of Server

_____
Address of Server

Norfolk County Sheriff's Department   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

February 11, 2005

I hereby certify and return that on 2/10/2005 at 4:39PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Chris Mealey, President, person in charge at the time of service for Chris Mealey Electrical Inc, at 90 Wilkins Road, Braintree, MA 02184. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($7.68) Total Charges $45.18

Deputy Sheriff William M Blake

*[signature]*
Deputy Sheriff