# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

* Also Admitted to the
  New Hampshire Bar

** Also Admitted to
   the California Bar

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

December 7, 2004

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL**
Christopher J. Mealey, President
Chris Mealey Electrical, Inc.
90 Wilkins Road
Braintree, MA  02184

Re:   Electrical Construction Trust Funds

Dear Mr. Mealey:

    This office represents the Electrical Construction Trust Funds, Local 103, I.B.E.W. for the purposes of obtaining audits and collecting unpaid fringe benefit contributions. It is my understanding that Chris Mealey Electrical, Inc. owes the Funds contributions for the period April, 2004 through the present. Additionally, please be advised that your company owes a total of $685.02 in interest dating back to September, 2003, as demonstrated on the attached summary.

    Despite numerous demand letters, Chris Mealey Electrical, Inc. has failed and refused to pay the amount owed. Your company has not even seen fit to submit its remittance reports for the months owed, thus depriving its employees of credit for benefits for the hours worked. Your actions are unacceptable, and this letter constitutes a demand that Chris Mealey Electrical, Inc.: (1) pay all contributions, delinquency fees, and attorney's fees owed to date, and (2) that it submit to an audit.

    As you know, an employer's obligation to submit to an audit is governed by Section 6.37(g) of the Agreement and Working Rules Governing the Electrical Industry of Greater Boston, to which your company is signatory, and which states as follows: "The parties to this Agreement, upon reasonable request, shall be allowed to examine the Employer's payroll records of all employees working under the terms of this Agreement." Further, the right of trustees of employee benefit funds to audit an employer's books and records to determine whether the employer is in compliance with its obligations has been upheld by the United States Supreme

Court. See, <u>Central States Southeast and Southwest Areas Pension Fund v. Central Transport, Inc.</u>, 472 U.S. 559 (1985) (trustees of multi-employer employee benefit plans covered by ERISA have power under trust document to examine pertinent records of each employer).

Please call upon receipt of this letter to arrange for payment and to set up an audit. Failure to contact me by **December 10, 2004** will result in legal action, in which case Chris Mealey Electrical, Inc. will be liable not only for the contributions, delinquent fee, and attorney's fees, but for liquidated damages and statutory interest, as well.

Thank you in advance for your prompt cooperation in this matter.

Very truly yours,

Gregory A. Geiman

Encl.

cc: Russell Sheehan
    Karen Martell

GAG/gag&ts
ARS 3013 02-037/mealey22.doc

```
             IBEW LOCAL 103 BENEFIT FUNDS
                   256 FREEPORT ST
                  BOSTON  MA  02122
```

October 28, 2004

MEALEY&ROSHER ELECTRICAL SERV        Employer #  66749
752 EAST BROADWAY
SOUTH BOSTON, MA 02127

The enclosed letter contains the latest contract language regarding collection of delinquent payments to the Electrical Construction Trust Funds.

Since the effective date of the contract language, you have been delinquent in some payments to these Funds. In every case, we have notified you by certified mail of your delinquency.

This is to notify you that we have computed the interest due these Funds as follows:

| CONT. MONTH | DUE DATE | RECEIPT DATE | RECEIPT NUMBER | CONTRIBUTION AMOUNT | LD & INT DUE |
|---|---|---|---|---|---|
| 9/2003  | 10/15/2003 | 11/26/2003 | 121057 IC | $708.86    | $14.33  |
| 9/2003  | 10/15/2003 | 11/26/2003 | 121060 IC | $933.06    | $18.86  |
| 9/2003  | 10/15/2003 | 12/20/2003 | 123137 IC | $708.86    | $22.71  |
| 9/2003  | 10/15/2003 | 12/20/2003 | 123138 IC | $933.06    | $29.90  |
| 10/2003 | 11/15/2003 | 12/20/2003 | 123151 IC | $1,624.03  | $27.23  |
| 10/2003 | 11/15/2003 | 12/20/2003 | 123153 IC | $592.48    | $9.93   |
| 10/2003 | 11/15/2003 | 12/20/2003 | 123155 IC | $1,791.90  | $30.03  |
| 10/2003 | 11/15/2003 | 5/24/2004  | 131418 IC | $627.00    | $59.06  |
| 11/2003 | 12/15/2003 | 1/23/2004  | 124565 IC | $4,105.08  | $78.94  |
| 11/2003 | 12/15/2003 | 1/23/2004  | 124566 IC | $812.50    | $15.62  |
| 11/2003 | 12/15/2003 | 2/06/2004  | 125204 IC | $4,105.08  | $107.26 |
|         |            |            |           | PAGE TOTAL: | $413.87 |

IBEW LOCAL 103 BENEFIT FUNDS
256 FREEPORT ST
BOSTON  MA  02122

October 28, 2004

MEALEY&ROSHER ELECTRICAL SERV         Employer #  66749
752 EAST BROADWAY
SOUTH BOSTON, MA 02127

(Continued)

| CONT. MONTH | DUE DATE | RECEIPT DATE | RECEIPT NUMBER | CONTRIBUTION AMOUNT | LD & INT DUE |
|---|---|---|---|---|---|
| 11/2003 | 12/15/2003 | 2/06/2004 | 125206 IC | $812.50 | $21.23 |
| 12/2003 | 1/15/2004 | 2/06/2004 | 125208 IC | $812.50 | $8.41 |
| 12/2003 | 1/15/2004 | 2/06/2004 | 125211 IC | $2,199.15 | $22.76 |
| 1/2004 | 2/15/2004 | 3/29/2004 | 128364 IC | $2,252.05 | $46.63 |
| 1/2004 | 2/15/2004 | 3/29/2004 | 128368 IC | $812.50 | $16.83 |
| 2/2004 | 3/15/2004 | 5/24/2004 | 131414 IC | $812.50 | $27.64 |
| 2/2004 | 3/15/2004 | 5/24/2004 | 131415 IC | $2,085.12 | $70.94 |
| 3/2004 | 4/15/2004 | 5/24/2004 | 131416 IC | $2,215.44 | $41.49 |
| 3/2004 | 4/15/2004 | 5/24/2004 | 131417 IC | $812.50 | $15.22 |
| | | | TOTAL DUE: | | $685.02 |

Please make one check payable to the Citizens Bank and mail to the Electrical Construction Trust Funds, Local 103, I.B.E.W., 256 Freeport Street, Boston, Massachusetts 02122. Payments not received by one month from the date of this letter will be reported to the Trustees for further action.

Sincerely,

Russell F. Sheehan
Administrator

RFS:kms
Enclosure.
cc:  Michael Monahan, Local 103, IBEW
     Glenn W. Kingsbury, Boston Chapter, NECA