UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, <br>  Plaintiffs <br><br> vs. <br><br> CHRIS MEALEY ELECTRICAL, INC., <br>  Defendant <br><br> and <br><br> FIRST TRADE UNION BANK and FLEET BANK, <br>  Trustees | C.A. No.  04-12209 EFH |

**PLAINTIFFS' MOTION FOR FINDING OF
CIVIL CONTEMPT AND FOR FURTHER ACTION**

Plaintiffs, Russell F. Sheehan, as he is Administrator, et al ("Funds"), move this honorable Court for issuance of an order to show cause why defendant Chris Mealey Electrical, Inc. ("Mealey") should not be found in contempt of this Court's Order for Preliminary Injunction ("Order"), dated April 11, 2005, for its failure to permit a full and complete audit as ordered by this Court; why it should not pay conditional and compensatory fines as a result of his conduct;

and why its president should not be placed in custody or imprisoned pending his compliance with the Court's Order. The audit is necessary to determine the full extent of Mealey's liability to the Funds for unpaid contributions due under the terms of the collective bargaining agreement.

In support of their Motion, Plaintiffs submit herewith their Memorandum of Law In Support of Plaintiffs' Motion For Finding of Contempt and For Further Action, which they incorporate by reference in this Motion.

    Respectfully submitted,

    RUSSELL F. SHEEHAN, as he is
    ADMINISTRATOR, ELECTRICAL
    WORKERS' HEALTH AND WELFARE
    FUND, LOCAL 103, I.B.E.W., et al,

    By their attorneys,

    /s/ Gregory A. Geiman
    Anne R. Sills, Esquire
    BBO #546576
    Gregory A. Geiman, Esquire
    BBO #655207
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108
    (617) 742-0208

Dated:  October 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiffs' Motion for Finding of Civil Contempt and for Further Action has been served by first class mail upon defendant Chris Mealey Electrical, Inc. at 90 Wilkins Road, Braintree, MA  02184 this 17th day of October, 2005.

    /s/ Gregory A. Geiman
    Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 02-037/motion-contempt.doc