## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * *

RUSSELL F. SHEEHAN, ET AL.,
                      Plaintiffs

            v.                                  CIVIL ACTION NO.:
                                                04-12209-EFH

CHRIS MEALEY ELECTRICAL, INC.,
ET AL.,
                      Defendants.

* * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

October 19, 2005

HARRINGTON, S.D.J.

      Pursuant to Court Order, a status conference was held in this case on October 19, 2005. The Defendant Chris Mealey Electrical, Inc., failed to appear as ordered. The plaintiffs advised the Court that the Court's Order for Preliminary Injunction, dated April 11, 2005, has not yet been complied with by the Defendant Chris Mealey Electrical, Inc.

      The Court hereby orders the Defendant Chris Mealey Electrical, Inc., to comply with the Court's Order for Preliminary Injunction and to provide the plaintiff with its payroll records, employment records and a current list of projects, for the period April, 2004 to the present, so that an accounting can be completed, on or before November 2, 2005. Defendant Chris Mealey Electrical, Inc.'s failure and refusal to comply with this Order shall result in a fine in the amount of $500 per day to be imposed from November 2, 2005 up to and including the date of such compliance.

The Defendant Chris Mealey Electrical, Inc., is ordered to pay to the plaintiffs $836 in attorneys' fees incurred by the plaintiffs for filing Plaintiffs' Motion for Finding of Civil Contempt and for Further Action.

In view of the Court's action in its enforcement of its Order for Preliminary Injunction, the Plaintiffs' Motion for Finding of Civil Contempt and for Further Action is rendered moot.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge