# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RUSSELL F. SHEEHAN, ET AL.,
                Plaintiffs

           v.                                   CIVIL ACTION NO.:
                                                   04-12209-EFH

CHRIS MEALEY ELECTRICAL, INC.,
ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

November 30, 2005

HARRINGTON, S.D.J.

      A hearing on Plaintiffs' Motion for Imposition of Sanctions is scheduled for **Wednesday, December 14, 2005**, at 12:00 Noon in Courtroom No. 13 on the Fifth Floor.

      SO ORDERED.

                                          /s/ Edward F. Harrington
                                          EDWARD F. HARRINGTON
                                          United States Senior District Judge