# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR,
ELECTRICAL WORKERS' HEALTH AND
WELFARE FUND, LOCAL 103, I.B.E.W.;
ELECTRICAL WORKERS' PENSION FUND,
LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'
SUPPLEMENTARY HEALTH AND WELFARE
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL
WORKERS' DEFERRED INCOME FUND,
LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'
JOINT APPRENTICESHIP AND TRAINING
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL
WORKERS' EDUCATIONAL AND CULTURAL
FUND; ANTHONY J. SALAMONE, as he is
ADMINISTRATOR, NATIONAL ELECTRICAL
BENEFIT FUND; and LOCAL 103, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,         C.A. No.  04-12209 EFH
        Plaintiffs

        vs.

CHRIS MEALEY ELECTRICAL, INC.,
        Defendant

        and

FIRST TRADE UNION BANK and FLEET BANK,
        Trustees

## PLAINTIFFS' MOTION FOR FINDING OF CIVIL CONTEMPT AND ISSUANCE OF A CAPIAS

Plaintiffs, Russell F. Sheehan, as he is Administrator, et al ("Funds"), move this

honorable Court for an order issuing a capias to place the president of Defendant Chris Mealey

Electrical, Inc. in custody until such time as he complies with this Court's April 11, 2005 Order

for Preliminary Injunction and its October 19, 2005 Order.

In support of their Motion, Plaintiffs submit herewith their Memorandum of Law In

Support of Plaintiffs' Motion Finding of Civil Contempt and Issuance of a Capias.

Respectfully submitted,

RUSSELL F. SHEEHAN, as he is
ADMINISTRATOR, ELECTRICAL
WORKERS' HEALTH AND WELFARE
FUND, LOCAL 103, I.B.E.W., et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  December 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by first class mail upon defendant Chris Mealey Electrical, Inc. at 90 Wilkins Road, Braintree, MA  02184 this 19th day of December, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 02-037/motion-contempt-capias.doc