UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
Plaintiffs

vs.

CHRIS MEALEY ELECTRICAL, INC.,
Defendant

and

FIRST TRADE UNION BANK and FLEET BANK,
Trustees

C.A. No. 04-12209 EFH

## ORDER FOR PRELIMINARY INJUNCTION

This matter, having come before me on the Plaintiffs' Motion for Preliminary Injunction, and upon consideration of the motion, memorandum of law, and affidavit on file, I find that:

Defendant is bound by the terms of the collective bargaining agreement with Local Union, 103, I.B.E.W to furnish to Plaintiffs employment records and a current list of projects, including the names and addresses of the owner, manager, general contractor and or subcontractor for whom it has worked, and to allow Plaintiffs to examine its payroll records.

Further, I find that:

1) Plaintiffs have exhibited a likelihood of success on the merits;

2) There is no adequate remedy at law;

3) Defendant's refusal to permit an audit will result in irreparable injury, loss, and damage to Plaintiffs; and

4) The issuance of a preliminary injunction herein will not cause undue inconvenience or loss to Defendant but will prevent irreparable injury to Plaintiffs, and would further the public interest.

WHEREFORE, it is hereby ORDERED that:

Plaintiffs shall be granted a preliminary injunction and Chris Mealey Electrical, Inc., its officers, agents, employees, accountants, and assigns shall cooperate with the designated auditors of the I.B.E.W., Local 103 Trust Funds and shall provide all pertinent books and records of Chris Mealey Electrical, Inc. in their possession for the period from April, 2004 to the present.

SO ORDERED.

_____
The Honorable Edward F. Harrington
United States District Court

Dated: 4-11-05

GAG/gag&ls
ARS 3013 02-037/order-pj.doc

2