# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, Jr.
PAUL S. HOROVITZ

\* Also Admitted to the New Hampshire Bar

\*\*Also Admitted to the California Bar

May 10, 2005

**BY CERTIFIED MAIL, RETURN RECEIPT**
**REQUESTED AND FIRST CLASS MAIL**
Christopher J. Mealey, President
Chris Mealey Electrical, Inc.
90 Wilkins Road
Braintree, MA 02184

Re:   Russell F. Sheehan, as he is Administrator, et al. v. Chris Mealey Electrical, Inc.
      C.A. No. 04-12209 EFH

Dear Mr. Mealey:

On April 27, 2005, Monique Mealey was served at the above address with a copy of the Court's Order for Preliminary Injunction in the above-referenced matter, a copy of which is attached to this letter. As such, please be advised that you must contact me by no later than Tuesday, May 17, 2005 to arrange a time for the Funds' auditor to come to your business and conduct an examination of your payroll records for the period April, 2004 through the present.

If I do not hear from you by May 17, I will be forced to institute civil contempt of court proceedings for your failure to abide by this Court's order.

Very truly yours,

Gregory A. Geiman

Encl.

cc:   Russell Sheehan
      Karen Martell

GAG/gag&ts
ARS 3013 02-037/mealey24.doc

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

RUSSELL F. SHEEHAN, ET AL.,
           Plaintiffs

v.                                              CIVIL ACTION NO.:
                                                04-12209-EFH
CHRIS MEALEY ELECTRICAL, INC.,
ET AL.,
           Defendants.

* * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

October 19, 2005

HARRINGTON, S.D.J.

Pursuant to Court Order, a status conference was held in this case on October 19, 2005. The Defendant Chris Mealey Electrical, Inc., failed to appear as ordered. The plaintiffs advised the Court that the Court's Order for Preliminary Injunction, dated April 11, 2005, has not yet been complied with by the Defendant Chris Mealey Electrical, Inc.

The Court hereby orders the Defendant Chris Mealey Electrical, Inc., to comply with the Court's Order for Preliminary Injunction and to provide the plaintiff with its payroll records, employment records and a current list of projects, for the period April, 2004 to the present, so that an accounting can be completed, on or before November 2, 2005. Defendant Chris Mealey Electrical, Inc.'s failure and refusal to comply with this Order shall result in a fine in the amount of $500 per day to be imposed from November 2, 2005 up to and including the date of such compliance.

The Defendant Chris Mealey Electrical, Inc., is ordered to pay to the plaintiffs $836 in attorneys' fees incurred by the plaintiffs for filing Plaintiffs' Motion for Finding of Civil Contempt and for Further Action.

In view of the Court's action in its enforcement of its Order for Preliminary Injunction, the Plaintiffs' Motion for Finding of Civil Contempt and for Further Action is rendered moot.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge

