# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

RUSSELL F. SHEEHAN, ET AL.,
        Plaintiffs

v.

CHRIS MEALEY ELECTRICAL, INC.,
ET AL.,
        Defendants.

CIVIL ACTION NO.:
04-12209-EFH

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

January 17, 2006

HARRINGTON, S.D.J.

      Plaintiffs filed a Motion on December 19, 2005 moving this Court for an order issuing a capias to place the president of Defendant Chris Mealey Electrical, Inc., in custody until such time as he complies with this Court's April 11, 2005 Order for Preliminary Injunction and its October 19, 2005 Order.

      President Christopher J. Mealey has failed to respond to said motion; therefore, the Court makes the following Findings and Order for Civil Contempt and Issuance of a Capias attached hereto.

      SO ORDERED.

                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge