## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RUSSELL F. SHEEHAN, ET AL.,
            Plaintiffs

v.                      CIVIL ACTION NO.:
                              04-12209-EFH

CHRIS MEALEY ELECTRICAL, INC.,
ET AL.,
            Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

March 23, 2006

HARRINGTON, S.D.J.

      The Court grants Plaintiffs' Motion for Compliance with Court Orders dated March 22, 2006 and orders Defendant Chris Mealey Electrical, Inc., to fully comply with the terms of this Court's electronic Orders of February 15 and March 15, 2006.  Failure to comply with this Order on or before April 6, 2006 shall result in an arrest warrant being immediately issued for the arrest of Christopher J. Mealey, President of Defendant Chris Mealey Electrical, Inc.

      SO ORDERED.

                                              /s/ Edward F. Harrington
                                            EDWARD F. HARRINGTON
                                            United States Senior District Judge