```
HIS  04/11/06 ND  115011648      CHRIS NEALEY ELECTRICAL INC
    TOTAL DEBITS : 45    31673.68       TOTAL CREDITS : 22    29897.79
ALL TRANSACTIONS BY DATE                STATEMENT DATE : 12/31/05
  TR-DT    EF-DT   TRCD/DESCRIPTION          NONCK     AMOUNT    BALANCE
01/01/05           BALANCE FORWARD --------->                    1829.89
01/03/05 01/03/05 TWO                          *         1.49    1827.40
                   DBT WITHDRAWAL ON 12/31 @ 00:00
                   NEXTEL *DATA SERVICES
                   800-639-6111 CO
                   REFERENCE # 000900780973
01/03/05 01/03/05 TWO                          *         1.99    1826.41
                   DBT WITHDRAWAL ON 12/31 @ 00:00
                   NEXTEL *DATA SERVICES
                   800-639-6111 CO
                   REFERENCE # 000900780981
01/03/05 01/03/05 TWO                          *         8.38    1818.03
                   DBT WITHDRAWAL ON 12/30 @ 00:00
                   LOWE'S #1618
                   WEYMOUTH   MA
                   REFERENCE # 327687033632
01/03/05 01/03/05 TWO                          *        24.52    1793.51
                   DBT WITHDRAWAL ON 12/30 @ 00:00
                   LOWE'S #1618
                   WEYMOUTH   MA
                   REFERENCE # 327687033640
01/03/05 01/03/05 TWO                          *        35.00    1758.51
                   DBT WITHDRAWAL ON 01/02 @ 00:00
                   SUNOCO
                   MANCHESTER NH
                   REFERENCE # 120002109776
01/03/05 01/03/05 CWO CHECK NUMBER       1296          850.00     908.51
01/04/05 01/04/05 TD1  POS RETURN ON 01/03 @ 00:00*    136.49    1045.00
                   COMPUSA #373
                   BRAINTREE  MA
                   REFERENCE # 032217510396
01/05/05 01/05/05 TWO                          *        14.36    1030.64
                   DBT WITHDRAWAL ON 01/03 @ 00:00
                   THE HOME DEPOT 2670
                   QUINCY     MA
                   REFERENCE # 010177441541
01/06/05 01/06/05 TWO                          *        12.83    1017.81
                   DBT WITHDRAWAL ON 01/04 @ 00:00
                   THE HOME DEPOT 2608
                   QUINCY     MA
                   REFERENCE # 010176932556
01/06/05 01/06/05 TWO                          *       322.00     695.81
                   DBT WITHDRAWAL ON 01/04 @ 00:00
                   PARK TICKETS 809723
                   617 635 3136 MA
                   REFERENCE # 773038097234
```

| Date | Date | Code | Description | | Amount | Balance |
|---|---|---|---|---|---|---|
| 01/06/05 | 01/06/05 | TWO | | $ | 15.00 | 680.81 |
| | | | POS PURCHASE ON 01/06 @ 07:42 | | | |
| | | | EXXONMOBIL | | | |
| | | | GEORGE JREIGE | | | |
| | | | BRAINTRE    MA US | | | |
| | | | REFERENCE # 500600003618 | | | |
| 01/06/05 | 01/06/05 | CWO | CHECK NUMBER    1298 | | 190.00 | 490.81 |
| 01/10/05 | 01/10/05 | TWO | | $ | 101.50 | 389.31 |
| | | | ATM WITHDRAWAL ON 01/10 @ 08:41 | | | |
| | | | SOUTH SHORE SAVINGS BK | | | |
| | | | 370 QUINCY AV | | | |
| | | | QUINCY    MA US | | | |
| | | | REFERENCE # 50101637 | | | |
| 01/18/05 | 01/18/05 | DW8 | BENEFICIAL    8006601809 | $ | 142.00 | 247.31 |
| 01/19/05 | 01/19/05 | CWO | CHECK NUMBER    1297 | | 160.00 | 87.31 |
| 01/20/05 | 01/20/05 | DPO | DEPOSIT | $ | 415.00 | 502.31 |
| 01/20/05 | 01/20/05 | CFOS | CHECK NUMBER    1299 | | 434.00 | 68.31 |
| 01/20/05 | 01/20/05 | NG8S | NSF FUNDS CHG #    1299 | $ | 23.00 | 45.31 |
| 01/25/05 | 01/25/05 | DP2 | DEPOSIT | $ | 265.00 | 310.31 |
| 01/27/05 | 01/27/05 | RG8S | | $ | 23.00 | 287.31 |
| | | | RET CHG NEXTEL8006396111 ACHBILLPAY | | | |
| 01/31/05 | 01/31/05 | RG8S | | $ | 23.00 | 264.31 |
| | | | RET CHG NEXTEL8006396111 ACHBILLPAY | | | |
| 01/31/05 | 01/31/05 | SC8 | SERVICE CHARGE | $ | 40.82 | 223.49 |
| 01/31/05 | 01/31/05 | IB8 | INTEREST PAID | $ | 0.00 | 223.49 |
| 02/02/05 | 02/02/05 | DPO | DEPOSIT | $ | 1400.00 | 1623.49 |
| 02/03/05 | 02/03/05 | TWO | | $ | 713.63 | 909.86 |
| | | | DBT WITHDRAWAL ON 02/03 @ 00:00 | | | |
| | | | NEXTEL *WIRELESS SVCS | | | |
| | | | 800-639-6111 CO | | | |
| | | | REFERENCE # 000198279968 | | | |
| 02/04/05 | 02/04/05 | DP2 | DEPOSIT | $ | 5000.00 | 5909.86 |
| 02/04/05 | 02/04/05 | CWO | CHECK NUMBER    1305 | | 310.00 | 5599.86 |
| 02/07/05 | 02/07/05 | TWO | | $ | 51.74 | 5548.12 |
| | | | POS PURCHASE ON 02/06 @ 16:31 | | | |
| | | | ROCHE BROS #513 | | | |
| | | | 101 FALLS BLVD | | | |
| | | | QUINCY    MA US | | | |
| | | | REFERENCE # 503700243774 | | | |
| 02/07/05 | 02/07/05 | TWO | | $ | 20.00 | 5528.12 |
| | | | POS PURCHASE ON 02/07 @ 05:01 | | | |

```
HIS 04/11/06 ND 115011648    CHRIS MEALEY ELECTRICAL INC
    TOTAL DEBITS : 20    26035.42       TOTAL CREDITS : 17    22681.30
ALL TRANSACTIONS BY DATE                    STATEMENT DATE : 12/31/05
 TR-DT    EF-DT   TRCD/DESCRIPTION       NONCK     AMOUNT       BALANCE
02/08/05           BALANCE FORWARD --------->                   3408.12
02/08/05 02/08/05 CWO  CHECK NUMBER       1302      300.00      3108.12
02/08/05 02/08/05 CWO  CHECK NUMBER       1300      182.00      2926.12
02/09/05 02/09/05 TWO                       *         1.49      2924.63
                   DBT WITHDRAWAL ON 02/08 @ 00:00
                   NEXTEL *DATA SERVICES
                   800-639-6111 CO
                   REFERENCE # 000566530120
02/09/05 02/09/05 TWO                       *        20.64      2903.99
                   DBT WITHDRAWAL ON 02/07 @ 00:00
                   THE HOME DEPOT 2608
                   QUINCY        MA
                   REFERENCE # 010177032562
02/09/05 02/09/05 CWO  CHECK NUMBER       1304      641.74      2262.25
02/11/05 02/11/05 TWO                       *        36.98      2225.27
                   DBT WITHDRAWAL ON 02/09 @ 00:00
                   THE HOME DEPOT 2608
                   QUINCY        MA
                   REFERENCE # 010176860415
02/11/05 02/11/05 CWO  CHECK NUMBER       1310     1000.00      1225.27
02/11/05 02/11/05 CWO  CHECK NUMBER       1303      200.00      1025.27
02/14/05 02/14/05 TWO                       *        14.02      1011.25
                   DBT WITHDRAWAL ON 02/10 @ 00:00
                   THE HOME DEPOT 2608
                   QUINCY        MA
                   REFERENCE # 010177849507
02/14/05 02/14/05 TWO                       *        30.00       981.25
                   POS PURCHASE ON 02/13 @ 16:12
                   EXXONMOBIL
                   GEORGE JREIGE
                   BRAINTRE              MA US
                   REFERENCE # 504400429565
02/14/05 02/14/05 TWO                       *        45.68       935.57
                   DBT WITHDRAWAL ON 02/11 @ 00:00
                   THE HOME DEPOT 2608
                   QUINCY        MA
                   REFERENCE # 010179003094
02/14/05 02/14/05 TWO                       *        12.79       922.78
                   DBT WITHDRAWAL ON 02/11 @ 00:00
                   THE HOME DEPOT 2608
                   QUINCY        MA
                   REFERENCE # 010179002849
02/14/05 02/14/05 TWO                       *         7.71       915.07
                   DBT WITHDRAWAL ON 02/11 @ 00:00
                   THE HOME DEPOT 2608
                   QUINCY        MA
```

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | REFERENCE # 010179004357 |  |  |  |
| 02/14/05 | 02/14/05 | DP2 | DEPOSIT | * 300.00 | 1215.07 |
| 02/14/05 | 02/14/05 | CWO | CHECK NUMBER 1308 | 685.00 | 530.07 |
| 02/15/05 | 02/15/05 | DWB | BENEFICIAL 8006601809 * | 137.00 | 393.07 |
| 02/16/05 | 02/16/05 | TWO |  | * 25.01 | 368.06 |
|  |  | POS PURCHASE ON 02/16 @ 08:07 |  |  |  |
|  |  | EXXONMOBIL |  |  |  |
|  |  | GEORGE JREIGE |  |  |  |
|  |  | BRAINTRE     MA US |  |  |  |
|  |  | REFERENCE # 504700863766 |  |  |  |
| 02/16/05 | 02/16/05 | DP2 | DEPOSIT | * 1500.00 | 1868.06 |
| 02/16/05 | 02/16/05 | CWO | CHECK NUMBER 1311 | 300.00 | 1568.06 |
| 02/17/05 | 02/17/05 | TWO |  | * 41.50 | 1526.56 |
|  |  | ATM WITHDRAWAL ON 02/17 @ 10:30 |  |  |  |
|  |  | ELM ST MOB |  |  |  |
|  |  | 301 ELM ST |  |  |  |
|  |  | BRAINTREE     MA US |  |  |  |
|  |  | REFERENCE # 504700262373 |  |  |  |
| 02/17/05 | 02/17/05 | DP2 | DEPOSIT | * 290.00 | 1816.56 |
| 02/22/05 | 02/22/05 | TWO |  | * 1.99 | 1814.57 |
|  |  | DBT WITHDRAWAL ON 02/18 @ 00:00 |  |  |  |
|  |  | NEXTEL #DATA SERVICES |  |  |  |
|  |  | 800-639-6111 CO |  |  |  |
|  |  | REFERENCE # 000365385237 |  |  |  |
| 02/22/05 | 02/22/05 | TWO |  | * 25.00 | 1789.57 |
|  |  | POS PURCHASE ON 02/20 @ 10:58 |  |  |  |
|  |  | EXXONMOBIL |  |  |  |
|  |  | GEORGE JREIGE |  |  |  |
|  |  | BRAINTRE     MA US |  |  |  |
|  |  | REFERENCE # 505100653989 |  |  |  |
| 02/22/05 | 02/22/05 | TWO |  | * 41.50 | 1748.07 |
|  |  | DBT WITHDRAWAL ON 02/18 @ 00:00 |  |  |  |
|  |  | LOWE'S #1618 |  |  |  |
|  |  | WEYMOUTH     MA |  |  |  |
|  |  | REFERENCE # 327866170294 |  |  |  |
| 02/22/05 | 02/22/05 | TWO |  | * 20.00 | 1728.07 |
|  |  | POS PURCHASE ON 02/21 @ 13:26 |  |  |  |
|  |  | EXXONMOBIL |  |  |  |
|  |  | GEORGE JREIGE |  |  |  |
|  |  | BRAINTRE     MA US |  |  |  |
|  |  | REFERENCE # 505200852237 |  |  |  |
| 02/22/05 | 02/22/05 | WDO | CHECK NUMBER 1312 | 1500.00 | 228.07 |
| 02/23/05 | 02/23/05 | TWO |  | * 4.99 | 223.08 |

```
HIS  04/11/06 ND  115011648     CHRIS HEALEY ELECTRICAL INC
     TOTAL DEBITS : 97     20765.37      TOTAL CREDITS : 14     20591.30
ALL TRANSACTIONS BY DATE                 STATEMENT DATE : 12/31/05
  TR-DT    EF-DT   TRCD/DESCRIPTION         NONCK    AMOUNT     BALANCE
02/23/05            BALANCE FORWARD -------->                   228.07
02/23/05 02/23/05 TWO                        *        4.99      223.08
                    DBT WITHDRAWAL ON 02/22 @ 00:00
                    NEXTEL $DATA SERVICES
                    800-639-6111 CO
                    REFERENCE # 000613615875
02/23/05 02/23/05 TWO                        *        1.99      221.09
                    DBT WITHDRAWAL ON 02/22 @ 00:00
                    NEXTEL $DATA SERVICES
                    800-639-6111 CO
                    REFERENCE # 000613645344
02/24/05 02/24/05 TWO                        *        1.99      219.10
                    DBT WITHDRAWAL ON 02/23 @ 00:00
                    NEXTEL $DATA SERVICES
                    800-639-6111 CO
                    REFERENCE # 000699966985
02/24/05 02/24/05 TWO                        *       30.01      189.09
                    POS PURCHASE ON 02/24 @ 11:13
                    EXXONMOBIL
                    GEORGE JREIGE
                    BRAINTRE          MA US
                    REFERENCE # 505500350870
02/25/05 02/25/05 TWO                        *        1.99      187.10
                    DBT WITHDRAWAL ON 02/24 @ 00:00
                    NEXTEL $DATA SERVICES
                    800-639-6111 CO
                    REFERENCE # 000772464949
02/25/05 02/25/05 DP2  DEPOSIT               *     2000.00     2187.10
02/25/05 02/25/05 TWO                        *      101.50     2085.60
                    ATM WITHDRAWAL ON 02/25 @ 11:52
                    SOUTH SHORE SAVINGS BK
                    370 QUINCY AV
                    QUINCY            MA US
                    REFERENCE # 50568423
02/28/05 02/28/05 TWO                        *       49.99     2035.61
                    DBT WITHDRAWAL ON 02/26 @ 00:00
                    Xbox Live
                    800-3865550  WA
                    REFERENCE # 006747372300
02/28/05 02/28/05 SC@  SERVICE CHARGE        *       21.72     2013.89
02/28/05 02/28/05 ID@  INTEREST PAID         *        0.00     2013.89
03/01/05 03/01/05 WDO  CHECK NUMBER       1313     1500.00      513.89
03/02/05 03/02/05 TWO                        *       27.50      486.39
                    POS PURCHASE ON 03/02 @ 12:26
                    IRVING MAINWAY
                    295 MAIN ST
```

```
HIS  04/11/06 ND  115011648        CHRIS MEALEY ELECTRICAL INC
     TOTAL DEBITS : 80      18632.61        TOTAL CREDITS : 12      13091.30
ALL TRANSACTIONS BY DATE                    STATEMENT DATE : 12/31/05
  TR-DT    EF-DT    TRCD/DESCRIPTION           NONCK       AMOUNT      BALANCE
03/10/05                BALANCE FORWARD --------->                     5595.31
03/10/05 03/10/05 TW0                              *         20.00     5575.31
                        POS PURCHASE ON 03/10 @ 04:59
                        EXXONMOBIL
                        GEORGE JREIGE
                        BRAINTRE              MA US
                        REFERENCE #   506900869658
03/10/05 03/10/05 CW0   CHECK NUMBER              1315     1750.00     3825.31
03/11/05 03/11/05 TW0                              *          1.49     3823.82
                        DBT WITHDRAWAL ON 03/10 @ 00:00
                        NEXTEL *DATA SERVICES
                        800-639-6111 CO
                        REFERENCE #   000852875208
03/11/05 03/11/05 TW0                              *         23.24     3800.58
                        DBT WITHDRAWAL ON 03/09 @ 00:00
                        THE HOME DEPOT 2608
                        QUINCY        MA
                        REFERENCE #   010178194331
03/11/05 03/11/05 TW0                              *         14.82     3785.76
                        DBT WITHDRAWAL ON 03/09 @ 00:00
                        THE HOME DEPOT 2608
                        QUINCY        MA
                        REFERENCE #   010178194216
03/11/05 03/11/05 TW0                              *         16.78     3768.98
                        POS PURCHASE ON 03/11 @ 14:02
                        AutoZone 5019
                        756 GALLIVAN BLVD
                        DORCHESTER            MA US
                        REFERENCE #   507000748491
03/11/05 03/11/05 DP2   DEPOSIT                    *       1000.00     4768.98
03/11/05 03/11/05 CW0   CHECK NUMBER              1317      871.00     3897.98
03/11/05 03/11/05 CW0   CHECK NUMBER              1316      616.74     3281.24
03/14/05 03/14/05 TW0                              *        407.25     2873.99
                        DBT WITHDRAWAL ON 03/10 @ 00:00
                        NORTHEAST EAGLE - BOST
                        BOSTON        MA
                        REFERENCE #   007002996954
03/14/05 03/14/05 TW0                              *          1.99     2872.00
                        DBT WITHDRAWAL ON 03/11 @ 00:00
                        NEXTEL *DATA SERVICES
                        800-639-6111 CO
                        REFERENCE #   000936726176
03/14/05 03/14/05 TW0                              *          1.99     2870.01
                        DBT WITHDRAWAL ON 03/11 @ 00:00
                        NEXTEL *DATA SERVICES
                        800-639-6111 CO
```

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | REFERENCE # 000936754616 |  |  |  |
| 03/14/05 | 03/14/05 | TWO | * | 12.41 | 2857.60 |
|  |  | DBT WITHDRAWAL ON 03/10 @ 00:00 |  |  |  |
|  |  | THE HOME DEPOT 2608 |  |  |  |
|  |  | QUINCY MA |  |  |  |
|  |  | REFERENCE # 010178287884 |  |  |  |
| 03/14/05 | 03/14/05 | TWO | * | 20.00 | 2837.60 |
|  |  | POS PURCHASE ON 03/12 @ 10:31 |  |  |  |
|  |  | EXXONMOBIL |  |  |  |
|  |  | GEORGE JREIGE |  |  |  |
|  |  | BRAINTRE MA US |  |  |  |
|  |  | REFERENCE # 507100317318 |  |  |  |
| 03/14/05 | 03/14/05 | TWO | * | 10.00 | 2827.60 |
|  |  | DBT WITHDRAWAL ON 03/11 @ 00:00 |  |  |  |
|  |  | SUNOCO SVC STATION |  |  |  |
|  |  | MANCHESTER NH |  |  |  |
|  |  | REFERENCE # 000051601088 |  |  |  |
| 03/14/05 | 03/14/05 | TWO | * | 21.88 | 2805.72 |
|  |  | DBT WITHDRAWAL ON 03/11 @ 00:00 |  |  |  |
|  |  | THE HOME DEPOT 2608 |  |  |  |
|  |  | QUINCY MA |  |  |  |
|  |  | REFERENCE # 010178571716 |  |  |  |
| 03/14/05 | 03/14/05 | TWO | * | 25.00 | 2780.72 |
|  |  | POS PURCHASE ON 03/14 @ 05:12 |  |  |  |
|  |  | EXXONMOBIL |  |  |  |
|  |  | GEORGE JREIGE |  |  |  |
|  |  | BRAINTRE MA US |  |  |  |
|  |  | REFERENCE # 507300619732 |  |  |  |
| 03/14/05 | 03/14/05 | TWO | * | 8.91 | 2771.81 |
|  |  | DBT WITHDRAWAL ON 03/12 @ 00:00 |  |  |  |
|  |  | THE HOME DEPOT 2608 |  |  |  |
|  |  | QUINCY MA |  |  |  |
|  |  | REFERENCE # 010179709033 |  |  |  |
| 03/15/05 | 03/15/05 | TWO | * | 40.00 | 2731.81 |
|  |  | DBT WITHDRAWAL ON 03/13 @ 00:00 |  |  |  |
|  |  | DAMIEN'S |  |  |  |
|  |  | HANSON MA |  |  |  |
|  |  | REFERENCE # 001000358264 |  |  |  |
| 03/15/05 | 03/15/05 | DW8 | BENEFICIAL 8006601809 * | 136.00 | 2595.81 |
| 03/15/05 | 03/15/05 | TWO | * | 66.59 | 2529.22 |
|  |  | POS PURCHASE ON 03/15 @ 14:44 |  |  |  |
|  |  | JIFFY LUBE # 133 |  |  |  |
|  |  | 504 QUINCY AVE |  |  |  |
|  |  | BRAINTREE MA US |  |  |  |
|  |  | REFERENCE # 507401461054 |  |  |  |

```
HIS  04/11/06 ND  115011648      CHRIS MEALEY ELECTRICAL INC
     TOTAL DEBITS : 60      14566.52      TOTAL CREDITS : 11     12091.30
ALL TRANSACTIONS BY DATE                     STATEMENT DATE : 12/31/05
  TR-DT     EF-DT    TRCD/DESCRIPTION         NONCK     AMOUNT      BALANCE
03/16/05              BALANCE FORWARD -------->                    2529.22
03/16/05 03/16/05 TW0                            *       28.50     2500.72
                     POS PURCHASE ON 03/16 @ 04:48
                     EXXONMOBIL
                     GEORGE JREIGE
                     BRAINTRE              MA US
                     REFERENCE #   507500974935
03/17/05 03/17/05 TW0                            *      102.74     2397.98
                     DBT WITHDRAWAL ON 03/15 @ 00:00
                     BANFIELD  0790
                     BRAINTREE    MA
                     REFERENCE #   277074010072
03/18/05 03/18/05 TW0                            *       68.30     2329.68
                     DBT WITHDRAWAL ON 03/16 @ 00:00
                     CONCORD ELECTRIC SUPPL
                     QUINCY       MA
                     REFERENCE #   000663900019
03/18/05 03/18/05 TW0                            *       61.50     2268.18
                     ATM WITHDRAWAL ON 03/18 @ 18:36
                     ELM ST MOB
                     301 ELM ST
                     BRAINTREE             MA US
                     REFERENCE #   507600963550
03/18/05 03/18/05 TW0                            *       15.00     2253.18
                     POS PURCHASE ON 03/18 @ 17:33
                     EXXONMOBIL
                     GEORGE JREIGE
                     BRAINTRE              MA US
                     REFERENCE #   507700515363
03/21/05 03/21/05 TW0                            *      253.97     1999.21
                     DBT WITHDRAWAL ON 03/18 @ 00:00
                     NORTHEAST EAGLE - BOST
                     BOSTON       MA
                     REFERENCE #   007705613346
03/21/05 03/21/05 TW0                            *       20.00     1979.21
                     POS PURCHASE ON 03/19 @ 16:29
                     EXXONMOBIL
                     GEORGE JREIGE
                     BRAINTRE              MA US
                     REFERENCE #   507800706767
03/21/05 03/21/05 TW0                            *        1.99     1977.22
                     DBT WITHDRAWAL ON 03/19 @ 00:00
                     NEXTEL *DATA SERVICES
                     800-639-6111 CO
                     REFERENCE #   000558121187
03/21/05 03/21/05 TW0                            *        1.99     1975.23
```

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | DBT WITHDRAWAL ON 03/19 @ 00:00<br>NEXTEL *DATA SERVICES<br>800-639-6111 CO<br>REFERENCE #   000561299806 |  |  |
| 03/22/05 | 03/22/05 | TW0 | * | 188.89 | 1786.34 |
|  |  |  | DBT WITHDRAWAL ON 03/21 @ 00:00<br>BRAINTREE AUTO CENTER<br>BRAINTREE      MA<br>REFERENCE #   010002196431 |  |  |
| 03/22/05 | 03/22/05 | TW0 | * | 15.01 | 1771.33 |
|  |  |  | POS PURCHASE ON 03/22 @ 12:53<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE           MA US<br>REFERENCE #   508100181850 |  |  |
| 03/24/05 | 03/24/05 | TW0 | * | 31.34 | 1739.99 |
|  |  |  | DBT WITHDRAWAL ON 03/22 @ 00:00<br>THE HOME DEPOT 2650<br>ROCKLAND       MA<br>REFERENCE #   010178550444 |  |  |
| 03/24/05 | 03/24/05 | TW0 | * | 21.00 | 1718.99 |
|  |  |  | POS PURCHASE ON 03/24 @ 09:20<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE           MA US<br>REFERENCE #   508300507946 |  |  |
| 03/25/05 | 03/25/05 | CW0 | CHECK NUMBER          1307 | 500.00 | 1218.99 |
| 03/28/05 | 03/28/05 | TW0 | * | 6.99 | 1212.00 |
|  |  |  | DBT WITHDRAWAL ON 03/25 @ 00:00<br>NEXTEL *DATA SERVICES<br>800-639-6111 CO<br>REFERENCE #   000024014166 |  |  |
| 03/28/05 | 03/28/05 | TW0 | * | 21.00 | 1191.00 |
|  |  |  | POS PURCHASE ON 03/28 @ 15:16<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE           MA US<br>REFERENCE #   508700329106 |  |  |
| 03/30/05 | 03/30/05 | TW0 | * | 123.63 | 1067.37 |
|  |  |  | DBT WITHDRAWAL ON 03/29 @ 00:00<br>NORTHEAST EAGLE - BOST<br>BOSTON         MA<br>REFERENCE #   008804372856 |  |  |
| 03/31/05 | 03/31/05 | DD8 | NSF FEE IN ERROR JAN 2005   * | 23.00 | 1090.37 |
| 03/31/05 | 03/31/05 | CW0 | CHECK NUMBER          1314 | 300.00 | 790.37 |
| 03/31/05 | 03/31/05 | SC@ | SERVICE CHARGE             * | 17.82 | 772.55 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | DBT WITHDRAWAL ON 05/03 @ 00:00 |  |  |
|  |  |  | THE HOME DEPOT 2650 |  |  |
|  |  |  | ROCKLAND      MA |  |  |
|  |  |  | REFERENCE #   010179382417 |  |  |
| 05/05/05 | 05/05/05 | TW0 | * | 20.00 | 3827.31 |
|  |  |  | POS PURCHASE ON 05/05 @ 09:20 |  |  |
|  |  |  | EXXONMOBIL |  |  |
|  |  |  | GEORGE JREIGE |  |  |
|  |  |  | BRAINTRE         MA US |  |  |
|  |  |  | REFERENCE #   512500739238 |  |  |
| 05/06/05 | 05/06/05 | TW0 | * | 70.07 | 3757.24 |
|  |  |  | DBT WITHDRAWAL ON 05/04 @ 00:00 |  |  |
|  |  |  | THE HOME DEPOT 2650 |  |  |
|  |  |  | ROCKLAND      MA |  |  |
|  |  |  | REFERENCE #   010179318246 |  |  |
| 05/06/05 | 05/06/05 | CW0 | CHECK NUMBER       1320 | 3000.00 | 757.24 |
| 05/09/05 | 05/09/05 | TW0 | * | 1.99 | 755.25 |
|  |  |  | DBT WITHDRAWAL ON 05/08 @ 00:00 |  |  |
|  |  |  | NEXTEL *DOWNLOAD&SVCS |  |  |
|  |  |  | 800-639-6111 CO |  |  |
|  |  |  | REFERENCE #   000536181113 |  |  |
| 05/09/05 | 05/09/05 | DP0 | DEPOSIT          * | 1000.00 | 1755.25 |
| 05/09/05 | 05/09/05 | CW0 | CHECK NUMBER       1322 | 434.00 | 1321.25 |
| 05/10/05 | 05/10/05 | CW0 | CHECK NUMBER       1324 | 310.87 | 1010.38 |
| 05/11/05 | 05/11/05 | CW0 | CHECK NUMBER       1323 | 500.00 | 510.38 |
| 05/11/05 | 05/11/05 | CW0 | CHECK NUMBER       1321 | 401.00 | 109.38 |
| 05/12/05 | 05/12/05 | TW0 | * | 20.00 | 89.38 |
|  |  |  | DBT WITHDRAWAL ON 05/10 @ 00:00 |  |  |
|  |  |  | EXXONMOBIL34  01355791 |  |  |
|  |  |  | BRAINTRE      MA |  |  |
|  |  |  | REFERENCE #   378000026399 |  |  |
| 05/12/05 | 05/12/05 | TW0 | * | 24.57 | 64.81 |
|  |  |  | DBT WITHDRAWAL ON 05/10 @ 00:00 |  |  |
|  |  |  | THE HOME DEPOT 2650 |  |  |
|  |  |  | ROCKLAND      MA |  |  |
|  |  |  | REFERENCE #   010179818544 |  |  |
| 05/16/05 | 05/16/05 | TW0 | * | 51.50 | 13.31 |
|  |  |  | ATM WITHDRAWAL ON 05/14 @ 07:41 |  |  |
|  |  |  | SOUTH SHORE SAVINGS BK |  |  |
|  |  |  | 370 QUINCY AV |  |  |
|  |  |  | QUINCY           MA US |  |  |
|  |  |  | REFERENCE #   51341042 |  |  |
| 05/24/05 | 05/24/05 | TW0 | * | 2.99 | 10.32 |

```
HIS  04/11/06 ND  115011648      CHRIS MEALEY ELECTRICAL INC
     TOTAL DEBITS : 44      12828.69      TOTAL CREDITS : 10      12068.30
ALL TRANSACTIONS BY DATE                          STATEMENT DATE : 4/11/06
  TR-DT    EF-DT    TRCD/DESCRIPTION           NONCK       AMOUNT       BALANCE
04/01/05                    BALANCE FORWARD ---------->                 772.55
04/01/05 04/01/05 DW8  94009 NASE          XXXXXXXXXX *    569.00       203.55
04/04/05 04/04/05 TW0                                 *     40.00       163.55
                       POS PURCHASE ON 04/02 @ 10:32
                       EXXONMOBIL
                       GEORGE JREIGE
                       BRAINTRE                MA US
                       REFERENCE #   509200238345
04/04/05 04/04/05 TW0                                 *     20.00       143.55
                       DBT WITHDRAWAL ON 04/03 @ 00:00
                       HESS 21521
                       SOMERVILLE     MA
                       REFERENCE #   710002089471
04/14/05 04/14/05 TW0                                 *      1.49       142.06
                       DBT WITHDRAWAL ON 04/13 @ 00:00
                       NEXTEL *DOWNLOAD&SVCS
                       800-639-6111 CO
                       REFERENCE #   000532065855
04/15/05 04/15/05 TW0                                 *     10.00       132.06
                       POS PURCHASE ON 04/15 @ 05:22
                       EXXONMOBIL
                       GEORGE JREIGE
                       BRAINTRE                MA US
                       REFERENCE #   510500677454
04/15/05 04/15/05 TW0                                 *    101.50        30.56
                       ATM WITHDRAWAL ON 04/15 @ 12:59
                       SOUTH SHORE SAVINGS BK
                       370 QUINCY AV
                       QUINCY                  MA US
                       REFERENCE #   51056335
04/25/05 04/25/05 TD1  POS RETURN ON 04/21 @ 00:00*         68.30        98.86
                       CONCORD ELECTRIC SUPPL
                       QUINCY         MA
                       REFERENCE #   000663600029
04/29/05 04/30/05 SC@  SERVICE CHARGE                 *     38.53        60.33
04/29/05 04/30/05 ID@  INTEREST PAID                  *      0.00        60.33
05/02/05 05/02/05 DP5  DEPOSIT                        *   1050.00      1110.33
05/02/05 05/02/05 DM8S 94009 NASE          XXXXXXXXXX *    569.00       541.33
05/02/05 05/02/05 DP2  DEPOSIT                        *   3500.00      4041.33
05/03/05 05/03/05 TW0                                 *     20.00      4021.33
                       POS PURCHASE ON 05/03 @ 08:44
                       EXXONMOBIL
                       GEORGE JREIGE
                       BRAINTRE                MA US
                       REFERENCE #   512300335733
05/05/05 05/05/05 TW0                                 *    174.02      3847.31
```

```
HIS  04/11/06 ND  115011648         CHRIS MEALEY ELECTRICAL INC
     TOTAL DEBITS : 23      6451.15         TOTAL CREDITS :  6         6450.00
ALL TRANSACTIONS BY DATE                            STATEMENT DATE :   4/11/06
 TR-DT      EF-DT    TRCD/DESCRIPTION         NONCK      AMOUNT        BALANCE
05/24/05              BALANCE FORWARD --------->                        13.31
05/24/05 05/24/05 TW0                           *         2.99          10.32
                      DBT WITHDRAWAL ON 05/23 @ 00:00
                      NEXTEL *DOWNLOAD&SVCS
                      800-639-6111 CO
                      REFERENCE #  000651546612
05/25/05 05/25/05 DP2 DEPOSIT                   *      3500.00        3510.32
05/27/05 05/27/05 TW0                           *       300.00        3210.32
                      ATM WITHDRAWAL ON 05/27 @ 10:50
                      FIRST TRADE UNION BANK
                      753 EAST BROADWAY
                      BOSTON              MA US
                      REFERENCE #  000000009229
05/27/05 05/27/05 WD0 CHECK NUMBER         1325        1500.00        1710.32
05/31/05 05/31/05 TW0                           *        68.96        1641.36
                      DBT WITHDRAWAL ON 05/26 @ 00:00
                      THE HOME DEPOT 2608
                      QUINCY         MA
                      REFERENCE #  010178844303
05/31/05 05/31/05 TW0                           *       501.50        1139.86
                      ATM WITHDRAWAL ON 05/28 @ 12:54
                      SOUTH SHORE SAVINGS BK
                      370 QUINCY AV
                      QUINCY              MA US
                      REFERENCE #  51483337
05/31/05 05/31/05 SC@ SERVICE CHARGE            *        19.49        1120.37
05/31/05 05/31/05 ID@ INTEREST PAID             *         0.00        1120.37
06/02/05 06/02/05 DW8 94009 NASE       PAYMENT  *       569.00         551.37
06/07/05 06/07/05 DP0 DEPOSIT                   *       500.00        1051.37
06/07/05 06/07/05 CF0S CHECK NUMBER        1327        1000.00          51.37
06/10/05 06/10/05 DP0 DEPOSIT                   *       600.00         651.37
06/13/05 06/13/05 DW8 NEXTEL8006396111 ACHBILLPAY *     500.00         151.37
06/21/05 06/21/05 TW0                           *         1.49         149.88
                      DBT WITHDRAWAL ON 06/20 @ 00:00
                      NEXTEL *DOWNLOAD&SVCS
                      800-639-6111 CO
                      REFERENCE #  000791140743
06/29/05 06/29/05 DP0 DEPOSIT                   *       400.00         549.88
06/29/05 06/29/05 DM8S NEXTEL8006396111 ACHBILLPAY *    426.71         123.17
06/30/05 06/30/05 SC@ SERVICE CHARGE            *        39.53          83.64
06/30/05 06/30/05 ID@ INTEREST PAID             *         0.00          83.64
07/29/05 07/31/05 SC@ SERVICE CHARGE            *        13.94          69.70
07/29/05 07/31/05 ID@ INTEREST PAID             *         0.00          69.70
08/11/05 08/11/05 DP0 DEPOSIT                   *       750.00         819.70
08/11/05 08/11/05 DM8S NEXTEL8006396111 ACHBILLPAY *    702.62         117.08
08/29/05 08/29/05 DP0 DEPOSIT                   *       700.00         817.08
```

| Date | Date | Code | Description | | Amount | Balance |
|---|---|---|---|---|---|---|
| 08/29/05 | 08/29/05 | DM8S | NEXTEL8006396111 ACHBILLPAY | * | 691.97 | 125.11 |
| 08/31/05 | 08/31/05 | SC@ | SERVICE CHARGE | * | 15.63 | 109.48 |
| 08/31/05 | 08/31/05 | ID@ | INTEREST PAID | * | 0.00 | 109.48 |
| 09/30/05 | 09/30/05 | SC@ | SERVICE CHARGE | * | 13.84 | 95.64 |
| 09/30/05 | 09/30/05 | ID@ | INTEREST PAID | * | 0.00 | 95.64 |
| 10/31/05 | 10/31/05 | SC@ | SERVICE CHARGE | * | 13.86 | 81.78 |
| 10/31/05 | 10/31/05 | ID@ | INTEREST PAID | * | 0.00 | 81.78 |
| 11/30/05 | 11/30/05 | SC@ | SERVICE CHARGE | * | 13.88 | 67.90 |
| 11/30/05 | 11/30/05 | ID@ | INTEREST PAID | * | 0.00 | 67.90 |
| 12/30/05 | 12/30/05 | SC@ | SERVICE CHARGE | * | 13.90 | 54.00 |
| 12/30/05 | 12/30/05 | ID@ | INTEREST PAID | * | 0.00 | 54.00 |
| 01/31/06 | 01/31/06 | SC@ | SERVICE CHARGE | * | 13.92 | 40.08 |
| 01/31/06 | 01/31/06 | ID@ | INTEREST PAID | * | 0.00 | 40.08 |
| 02/28/06 | 02/28/06 | SC@ | SERVICE CHARGE | * | 13.95 | 26.13 |
| 02/28/06 | 02/28/06 | ID@ | INTEREST PAID | * | 0.00 | 26.13 |
| 03/31/06 | 03/31/06 | SC@ | SERVICE CHARGE | * | 13.97 | 12.16 |
| 03/31/06 | 03/31/06 | ID@ | INTEREST PAID | * | 0.00 | 12.16 |

# !

```
                        HILLSBOROUGH        NH US
                        REFERENCE # 506101004396
/04/05 03/04/05 TWO                              $    41.20      445.19
                        DBT WITHDRAWAL ON 03/02 @ 00:00
                        EXXONMOBIL34  01355791
                        BRAINTRE     MA
                        REFERENCE # 378000000017
1/04/05 03/04/05 TWO                             $    35.00      410.19
                        POS PURCHASE ON 03/04 @ 05:13
                        EXXONMOBIL
                        GEORGE JREIGE
                        BRAINTRE          MA US
                        REFERENCE # 506300752926
3/04/05 03/04/05 TWO                             $   201.00      209.19
                        ATM WITHDRAWAL ON 03/04 @ 08:39
                        BANK OF AMERICA
                        10 TREMONT STREET
                        BRAINTREE         MA US
                        REFERENCE # 50638600
13/07/05 03/07/05 TWO                            $    20.00      189.19
                        POS PURCHASE ON 03/07 @ 05:13
                        EXXONMOBIL
                        GEORGE JREIGE
                        BRAINTRE          MA US
                        REFERENCE # 506600347760
03/07/05 03/07/05 TWO                            $     1.99      187.20
                        DBT WITHDRAWAL ON 03/06 @ 00:00
                        NEXTEL $DATA SERVICES
                        800-639-6111 CO
                        REFERENCE # 000550609366
03/07/05 03/07/05 TWO                            $     5.99      181.21
                        DBT WITHDRAWAL ON 03/06 @ 00:00
                        NEXTEL $DATA SERVICES
                        800-639-6111 CO
                        REFERENCE # 000550609374
03/07/05 03/07/05 DP2   DEPOSIT                  $  5500.00     5681.21
03/09/05 03/09/05 TWO                            $    85.90     5595.31
                        DBT WITHDRAWAL ON 03/07 @ 00:00
                        COMEDY THEATER PRODUCT
                        CANTON       MA
                        REFERENCE # 228577600020
03/10/05 03/10/05 TWO                            $    20.00     5575.31
                        POS PURCHASE ON 03/10 @ 04:59
                        EXXONMOBIL
                        GEORGE JREIGE
                        BRAINTRE          MA US
```