UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, Plaintiffs<br><br>vs.<br><br>CHRIS MEALEY ELECTRICAL, INC., Defendant<br><br>and<br><br>FIRST TRADE UNION BANK and FLEET BANK, Trustees | C.A. No.  04-12209 EFH |

**AFFIDAVIT OF GREGORY A. GEIMAN IN SUPPORT OF MOTION FOR ORDER COMPELLING DEFENDANT'S COMPLIANCE WITH COURT ORDER OF MARCH 23, 2006**

1.      My name is Gregory A. Geiman.  I am an attorney with the law firm of Segal, Roitman & Coleman and I represent the Plaintiffs in their above-referenced suit against Chris Mealey Electrical, Inc.

2. To date, despite unsuccessful attempts at telephone communication, including the leaving of voicemails on Mr. Mealey's cellular telephone in December, 2006, Mr. Mealey has failed to provide me with either the 2005 tax return for Chris Mealey Electrical, Inc. or a letter or other appropriate documentation from his accountant confirming that the corporation did not conduct any business in 2005. Although Mr. Mealey did return one of my calls on November 30, 2006 and left a voicemail stating that he would seek to produce the necessary records, said records were not received at the time of this filing and Mr. Mealey has failed to return my subsequent telephone calls.

3. Further, Mr. Mealey has to date failed to pay the $6,836.55 fine that was levied by this Court in its February 15, 2006 Order against Mr. Mealey personally, which is to be remitted to the Plaintiffs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 19th DAY OF DECEMBER, 2006.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit of Gregory A. Geiman in Support of Motion for Order Compelling Compliance has been served by certified and first class mail upon defendant Chris Mealey Electrical, Inc. at 90 Wilkins Road, Braintree, MA 02184 this 19th day of December, 2006.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 02-037/affgeiman.doc