

**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

May 3, 2005

I hereby certify and return that on 4/27/2005 at 4:55PM I served a true and attested copy of the Order for Preliminary Injunction in this action in the following manner: To wit, by delivering in hand to Monique Mealey, Clerk and Agent, person in charge at the time of service for Chris Mealey Electrical, Inc., at 90 Wilkins Road, Braintree, MA. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($7.68) Total Charges $45.18

Deputy Sheriff

Deputy Sheriff William M Blake