# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, Jr.
PAUL S. HOROVITZ

\* Also Admitted to the New Hampshire Bar

\*\* Also Admitted to the California Bar

May 10, 2005

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL**

Christopher J. Mealey, President
Chris Mealey Electrical, Inc.
90 Wilkins Road
Braintree, MA 02184

Re:   Russell F. Sheehan, as he is Administrator, et al. v. Chris Mealey Electrical, Inc.
C.A. No. 04-12209 EFH

Dear Mr. Mealey:

On April 27, 2005, Monique Mealey was served at the above address with a copy of the Court's Order for Preliminary Injunction in the above-referenced matter, a copy of which is attached to this letter. As such, please be advised that you must contact me by no later than Tuesday, May 17, 2005 to arrange a time for the Funds' auditor to come to your business and conduct an examination of your payroll records for the period April, 2004 through the present.

If I do not hear from you by May 17, I will be forced to institute civil contempt of court proceedings for your failure to abide by this Court's order.

Very truly yours,

Gregory A. Geiman

Encl.

cc:   Russell Sheehan
Karen Martell

GAG/gag&ts
ARS 3013 02-037/mealey24.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187