# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE PRATT-MITRA
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, JR.
PAUL S. HOROVITZ

* Also Admitted to the New Hampshire Bar

** Also Admitted to the California Bar

October 20, 2005

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL**

Christopher J. Mealey, President
Chris Mealey Electrical, Inc.
90 Wilkins Road
Braintree, MA 02184

Re: Russell F. Sheehan, as he is Administrator, et al. v. Chris Mealey Electrical, Inc.
C.A. No. 04-12209 EFH

Dear Mr. Mealey:

Enclosed please find a copy of an Order from Judge Harrington of the United States District Court for the District of Massachusetts with regard to the above-referenced matter.

Very truly yours,

Gregory A. Geiman

Encl.

GAG/gag&ts
ARS 3013 02-037/mealey25.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RUSSELL F. SHEEHAN, ET AL.,
                Plaintiffs

v.

CIVIL ACTION NO.:
04-12209-EFH

CHRIS MEALEY ELECTRICAL, INC.,
ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

October 19, 2005

HARRINGTON, S.D.J.

Pursuant to Court Order, a status conference was held in this case on October 19, 2005. The Defendant Chris Mealey Electrical, Inc., failed to appear as ordered. The plaintiffs advised the Court that the Court's Order for Preliminary Injunction, dated April 11, 2005, has not yet been complied with by the Defendant Chris Mealey Electrical, Inc.

The Court hereby orders the Defendant Chris Mealey Electrical, Inc., to comply with the Court's Order for Preliminary Injunction and to provide the plaintiff with its payroll records, employment records and a current list of projects, for the period April, 2004 to the present, so that an accounting can be completed, on or before November 2, 2005. Defendant Chris Mealey Electrical, Inc.'s failure and refusal to comply with this Order shall result in a fine in the amount of $500 per day to be imposed from November 2, 2005 up to and including the date of such compliance.

The Defendant Chris Mealey Electrical, Inc., is ordered to pay to the plaintiffs $836 in attorneys' fees incurred by the plaintiffs for filing Plaintiffs' Motion for Finding of Civil Contempt and for Further Action.

In view of the Court's action in its enforcement of its Order for Preliminary Injunction, the Plaintiffs' Motion for Finding of Civil Contempt and for Further Action is rendered moot.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge

**SEGAL, ROITMAN & COLEMAN**
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

7004 2510 0007 5349 9565

Christopher J. Mealey, President
Chris Mealey Electrical, Inc.
90 Wilk Road
Braintree, MA 02184

UNCLAIMED

OCT 20 05

---

7004 2510 0007 5349 9565

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Christopher J. Mealey, President

3013 02-037/mealey25.doc

PS Form 3800, June 2002   See Reverse for Instructions