# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, Jr.
PAUL S. HOROVITZ

March 24, 2006

**BY CERTIFIED MAIL, RETURN RECEIPT**
**REQUESTED AND FIRST CLASS MAIL**
Christopher J. Mealey, President
Chris Mealey Electrical, Inc.
90 Wilkins Road
Braintree, MA 02184

Re: <u>Russell F. Sheehan, as he is Administrator, et al v. Chris Mealey Electrical, Inc.</u>
    C.A. No. 04-12209 EFH

Dear Mr. Mealey:

For your reference, Judge Harrington has issued an Order granting the Funds' Motion for Compliance, a copy of which is enclosed for your reference. Please act accordingly.

Very truly yours,

Gregory A. Geiman

Encl.

GAG/gag&ts
ARS 3013 02-037/mealey27.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

RUSSELL F. SHEEHAN, ET AL.,
                Plaintiffs

v.                                          CIVIL ACTION NO.:
                                             04-12209-EFH

CHRIS MEALEY ELECTRICAL, INC.,
ET AL.,
                Defendants.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

March 23, 2006

HARRINGTON, S.D.J.

The Court grants Plaintiffs' Motion for Compliance with Court Orders dated March 22, 2006 and orders Defendant Chris Mealey Electrical, Inc., to fully comply with the terms of this Court's electronic Orders of February 15 and March 15, 2006. Failure to comply with this Order on or before April 6, 2006 shall result in an arrest warrant being immediately issued for the arrest of Christopher J. Mealey, President of Defendant Chris Mealey Electrical, Inc.

SO ORDERED.

                                                    /s/ Edward F. Harrington
                                                    EDWARD F. HARRINGTON
                                                    United States Senior District Judge

