FROM : FAX NO. : Dec. 02 2005 01:57PM P1

HIS 04/11/06 ND 115011648 CHRIS MEALEY ELECTRICAL INC

TOTAL DEBITS : 45 31673.68 TOTAL CREDITS : 22 29897.79

ALL TRANSACTIONS BY DATE STATEMENT DATE : 12/31/05

| TR-DT | EF-DT | TRCD/DESCRIPTION | NONCK | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 01/01/05 | | BALANCE FORWARD ---------> | | | 1829.89 |
| 01/03/05 | 01/03/05 TWO | | * | 1.49 | 1828.40 |
| | | DBT WITHDRAWAL ON 12/31 @ 00:00 | | | |
| | | NEXTEL *DATA SERVICES | | | |
| | | 800-639-6111 CO | | | |
| | | REFERENCE # 000900780973 | | | |
| 01/03/05 | 01/03/05 TWO | | * | 1.99 | 1826.41 |
| | | DBT WITHDRAWAL ON 12/31 @ 00:00 | | | |
| | | NEXTEL *DATA SERVICES | | | |
| | | 800-639-6111 CO | | | |
| | | REFERENCE # 000900780981 | | | |
| 01/03/05 | 01/03/05 TWO | | * | 8.38 | 1818.03 |
| | | DBT WITHDRAWAL ON 12/30 @ 00:00 | | | |
| | | LOWE'S #1618 | | | |
| | | WEYMOUTH MA | | | |
| | | REFERENCE # 327687033632 | | | |
| 01/03/05 | 01/03/05 TWO | | * | 24.52 | 1793.51 |
| | | DBT WITHDRAWAL ON 12/30 @ 00:00 | | | |
| | | LOWE'S #1618 | | | |
| | | WEYMOUTH MA | | | |
| | | REFERENCE # 327687033640 | | | |
| 01/03/05 | 01/03/05 TWO | | * | 35.00 | 1758.51 |
| | | DBT WITHDRAWAL ON 01/02 @ 00:00 | | | |
| | | SUNOCO | | | |
| | | MANCHESTER NH | | | |
| | | REFERENCE # 120002109776 | | | |
| 01/03/05 | 01/03/05 CWO | CHECK NUMBER | 1296 | 850.00 | 908.51 |
| 01/04/05 | 01/04/05 TD1 | POS RETURN ON 01/03 @ 00:00* | | 136.49 | 1045.00 |
| | | COMPUSA #373 | | | |
| | | BRAINTREE MA | | | |
| | | REFERENCE # 032217510396 | | | |
| 01/05/05 | 01/05/05 TWO | | * | 14.36 | 1030.64 |
| | | DBT WITHDRAWAL ON 01/03 @ 00:00 | | | |
| | | THE HOME DEPOT 2670 | | | |
| | | QUINCY MA | | | |
| | | REFERENCE # 010177441541 | | | |
| 01/06/05 | 01/06/05 TWO | | * | 12.83 | 1017.81 |
| | | DBT WITHDRAWAL ON 01/04 @ 00:00 | | | |
| | | THE HOME DEPOT 2608 | | | |
| | | QUINCY MA | | | |
| | | REFERENCE # 010176932556 | | | |
| 01/06/05 | 01/06/05 TWO | | * | 322.00 | 695.81 |
| | | DBT WITHDRAWAL ON 01/04 @ 00:00 | | | |
| | | PARK TICKETS 809723 | | | |
| | | 617 635 3136 MA | | | |
| | | REFERENCE # 773038097234 | | | |

Att. Greg Gieman

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/06/05 | 01/06/05 | TWO | | | $ | 15.00 | 680.81 |
| | | | POS PURCHASE ON 01/06 @ 07:42 | | | | |
| | | | EXXONMOBIL | | | | |
| | | | GEORGE JREIGE | | | | |
| | | | BRAINTRE | MA US | | | |
| | | | REFERENCE # 500600003618 | | | | |
| 01/06/05 | 01/06/05 | CWO | CHECK NUMBER | 1298 | | 190.00 | 490.81 |
| 01/10/05 | 01/10/05 | TWO | | | $ | 101.50 | 389.31 |
| | | | ATM WITHDRAWAL ON 01/10 @ 08:41 | | | | |
| | | | SOUTH SHORE SAVINGS BK | | | | |
| | | | 370 QUINCY AV | | | | |
| | | | QUINCY | MA US | | | |
| | | | REFERENCE # 50101637 | | | | |
| 01/18/05 | 01/18/05 | BW8 | BENEFICIAL | 8006601809 | $ | 142.00 | 247.31 |
| 01/19/05 | 01/19/05 | CWO | CHECK NUMBER | 1297 | | 160.00 | 87.31 |
| 01/20/05 | 01/20/05 | DPO | DEPOSIT | | $ | 415.00 | 502.31 |
| 01/20/05 | 01/20/05 | CFOS | CHECK NUMBER | 1299 | | 434.00 | 68.31 |
| 01/20/05 | 01/20/05 | NG8S | NSF FUNDS CHG # | 1299 | $ | 23.00 | 45.31 |
| 01/25/05 | 01/25/05 | DP2 | DEPOSIT | | $ | 265.00 | 310.31 |
| 01/27/05 | 01/27/05 | RG8S | | | $ | 23.00 | 287.31 |
| | | | RET CHG NEXTEL8006396111 ACHBILLPAY | | | | |
| 01/31/05 | 01/31/05 | RG8S | | | $ | 23.00 | 264.31 |
| | | | RET CHG NEXTEL8006396111 ACHBILLPAY | | | | |
| 01/31/05 | 01/31/05 | SC# | SERVICE CHARGE | | $ | 40.82 | 223.49 |
| 01/31/05 | 01/31/05 | IB# | INTEREST PAID | | $ | 0.00 | 223.49 |
| 02/02/05 | 02/02/05 | DPO | DEPOSIT | | $ | 1400.00 | 1623.49 |
| 02/03/05 | 02/03/05 | TWO | | | $ | 713.63 | 909.86 |
| | | | EBT WITHDRAWAL ON 02/03 @ 00:00 | | | | |
| | | | NEXTEL #WIRELESS SVCS | | | | |
| | | | 800-639-6111 CO | | | | |
| | | | REFERENCE # 000198279968 | | | | |
| 02/04/05 | 02/04/05 | DP2 | DEPOSIT | | $ | 5000.00 | 5909.86 |
| 02/04/05 | 02/04/05 | CWO | CHECK NUMBER | 1305 | | 310.00 | 5599.86 |
| 02/07/05 | 02/07/05 | TWO | | | $ | 51.74 | 5548.12 |
| | | | POS PURCHASE ON 02/06 @ 16:31 | | | | |
| | | | ROCHE BROS #513 | | | | |
| | | | 101 FALLS BLVD | | | | |
| | | | QUINCY | MA US | | | |
| | | | REFERENCE # 503700243774 | | | | |
| 02/07/05 | 02/07/05 | TWO | | | $ | 20.00 | 5528.12 |
| | | | POS PURCHASE ON 02/07 @ 05:01 | | | | |

HIS 04/11/06 NB 115011648 CHRIS MEALEY ELECTRICAL INC

TOTAL DEBITS : 20 26035.42 TOTAL CREDITS : 17 22681.30

ALL TRANSACTIONS BY DATE STATEMENT DATE : 12/31/05

| TR-DT | EF-DT | TRCD/DESCRIPTION | NOMCK | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 02/08/05 | | BALANCE FORWARD ---------> | | | 3408.12 |
| 02/08/05 | 02/08/05 CWO | CHECK NUMBER | 1302 | 300.00 | 3108.12 |
| 02/08/05 | 02/08/05 CWO | CHECK NUMBER | 1300 | 182.00 | 2926.12 |
| 02/09/05 | 02/09/05 TWO | DBT WITHDRAWAL ON 02/08 @ 00:00 NEXTEL *DATA SERVICES 800-639-6111 CO REFERENCE # 000566530120 | * | 1.49 | 2924.63 |
| 02/09/05 | 02/09/05 TWO | DBT WITHDRAWAL ON 02/07 @ 00:00 THE HOME DEPOT 2608 QUINCY MA REFERENCE # 010177032562 | * | 20.64 | 2903.99 |
| 02/09/05 | 02/09/05 CWO | CHECK NUMBER | 1304 | 641.74 | 2262.25 |
| 02/11/05 | 02/11/05 TWO | DBT WITHDRAWAL ON 02/09 @ 00:00 THE HOME DEPOT 2608 QUINCY MA REFERENCE # 010176860415 | * | 36.98 | 2225.27 |
| 02/11/05 | 02/11/05 CWO | CHECK NUMBER | 1310 | 1000.00 | 1225.27 |
| 02/11/05 | 02/11/05 CWO | CHECK NUMBER | 1303 | 200.00 | 1025.27 |
| 02/14/05 | 02/14/05 TWO | DBT WITHDRAWAL ON 02/10 @ 00:00 THE HOME DEPOT 2608 QUINCY MA REFERENCE # 010177849507 | * | 14.02 | 1011.25 |
| 02/14/05 | 02/14/05 TWO | POS PURCHASE ON 02/13 @ 16:12 EXXONMOBIL GEORGE JREIGE BRAINTRE MA US REFERENCE # 504400429565 | * | 30.00 | 981.25 |
| 02/14/05 | 02/14/05 TWO | DBT WITHDRAWAL ON 02/11 @ 00:00 THE HOME DEPOT 2608 QUINCY MA REFERENCE # 010179003094 | * | 45.68 | 935.57 |
| 02/14/05 | 02/14/05 TWO | DBT WITHDRAWAL ON 02/11 @ 00:00 THE HOME DEPOT 2608 QUINCY MA REFERENCE # 010179002849 | * | 12.79 | 922.78 |
| 02/14/05 | 02/14/05 TWO | DBT WITHDRAWAL ON 02/11 @ 00:00 THE HOME DEPOT 2608 QUINCY MA | * | 7.71 | 915.07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | REFERENCE # 010179004357 | | | |
| 02/14/05 | 02/14/05 | DP2 | DEPOSIT | * | 300.00 | 1215.07 |
| 02/14/05 | 02/14/05 | CWO | CHECK NUMBER 1308 | | 685.00 | 530.07 |
| 02/15/05 | 02/15/05 | DWB | BENEFICIAL 8006601809 | * | 137.00 | 393.07 |
| 02/16/05 | 02/16/05 | TWO | | * | 25.01 | 368.06 |
| | | | POS PURCHASE ON 02/16 @ 08:07<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 504700863766 | | | |
| 02/16/05 | 02/16/05 | DP2 | DEPOSIT | * | 1500.00 | 1868.06 |
| 02/16/05 | 02/16/05 | CWO | CHECK NUMBER 1311 | | 300.00 | 1568.06 |
| 02/17/05 | 02/17/05 | TWO | | * | 41.50 | 1526.56 |
| | | | ATM WITHDRAWAL ON 02/17 @ 10:30<br>ELM ST MOB<br>301 ELM ST<br>BRAINTREE MA US<br>REFERENCE # 504700262373 | | | |
| 02/17/05 | 02/17/05 | DP2 | DEPOSIT | * | 290.00 | 1816.56 |
| 02/22/05 | 02/22/05 | TWO | | * | 1.99 | 1814.57 |
| | | | DBT WITHDRAWAL ON 02/18 @ 00:00<br>NEXTEL #DATA SERVICES<br>800-639-6111 CO<br>REFERENCE # 000365385237 | | | |
| 02/22/05 | 02/22/05 | TWO | | * | 25.00 | 1789.57 |
| | | | POS PURCHASE ON 02/20 @ 10:58<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 505100653989 | | | |
| 02/22/05 | 02/22/05 | TWO | | * | 41.50 | 1748.07 |
| | | | DBT WITHDRAWAL ON 02/18 @ 00:00<br>LOWE'S #1618<br>WEYMOUTH MA<br>REFERENCE # 327866170294 | | | |
| 02/22/05 | 02/22/05 | TWO | | * | 20.00 | 1728.07 |
| | | | POS PURCHASE ON 02/21 @ 13:26<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 505200852237 | | | |
| 02/22/05 | 02/22/05 | WBO | CHECK NUMBER 1312 | | 1500.00 | 228.07 |
| 02/23/05 | 02/23/05 | TWO | | * | 4.99 | 223.08 |

HIS 04/11/06 ND 115011648 CHRIS MEALEY ELECTRICAL INC

TOTAL DEBITS : 97 20765.37 TOTAL CREDITS : 14 20591.30

STATEMENT DATE : 12/31/05

ALL TRANSACTIONS BY DATE

| TR-DT | EF-DT | TRCD/DESCRIPTION | NONCK | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 02/23/05 | | BALANCE FORWARD ------> | | | 228.07 |
| 02/23/05 | 02/23/05 TWO | DBT WITHDRAWAL ON 02/22 @ 00:00 NEXTEL *DATA SERVICES 800-639-6111 CO REFERENCE # 000613615875 | * | 4.99 | 223.08 |
| 02/23/05 | 02/23/05 TWO | DBT WITHDRAWAL ON 02/22 @ 00:00 NEXTEL *DATA SERVICES 800-639-6111 CO REFERENCE # 000613645344 | * | 1.99 | 221.09 |
| 02/24/05 | 02/24/05 TWO | DBT WITHDRAWAL ON 02/23 @ 00:00 NEXTEL *DATA SERVICES 800-639-6111 CO REFERENCE # 000699966985 | * | 1.99 | 219.10 |
| 02/24/05 | 02/24/05 TWO | POS PURCHASE ON 02/24 @ 11:13 EXXONMOBIL GEORGE JREIGE BRAINTRE MA US REFERENCE # 505500350870 | * | 30.01 | 189.09 |
| 02/25/05 | 02/25/05 TWO | DBT WITHDRAWAL ON 02/24 @ 00:00 NEXTEL *DATA SERVICES 800-639-6111 CO REFERENCE # 000772464949 | * | 1.99 | 187.10 |
| 02/25/05 | 02/25/05 DP2 | DEPOSIT | * | 2000.00 | 2187.10 |
| 02/25/05 | 02/25/05 TWO | ATM WITHDRAWAL ON 02/25 @ 11:52 SOUTH SHORE SAVINGS BK 370 QUINCY AV QUINCY MA US REFERENCE # 50568423 | * | 101.50 | 2085.60 |
| 02/28/05 | 02/28/05 TWO | DBT WITHDRAWAL ON 02/26 @ 00:00 Xbox Live 800-3865550 WA REFERENCE # 006747372300 | * | 49.99 | 2035.61 |
| 02/28/05 | 02/28/05 SC@ | SERVICE CHARGE | * | 21.72 | 2013.89 |
| 02/28/05 | 02/28/05 ID@ | INTEREST PAID | * | 0.00 | 2013.89 |
| 03/01/05 | 03/01/05 WDO | CHECK NUMBER | 1313 | 1500.00 | 513.89 |
| 03/02/05 | 03/02/05 TWO | POS PURCHASE ON 03/02 @ 12:26 IRVING MAINWAY 295 MAIN ST | * | 27.50 | 486.39 |

HIS 04/11/06 ND 115011648 CHRIS MEALEY ELECTRICAL INC
TOTAL DEBITS : 80 18632.61 TOTAL CREDITS : 12 13091.30
ALL TRANSACTIONS BY DATE STATEMENT DATE : 12/31/05

| TR-DT | EF-DT | TRCD/DESCRIPTION | NONCK | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 03/10/05 | | BALANCE FORWARD ---------> | | | 5595.31 |
| 03/10/05 | 03/10/05 | TWO | * | 20.00 | 5575.31 |
| | | POS PURCHASE ON 03/10 @ 04:59<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 506900869658 | | | |
| 03/10/05 | 03/10/05 | CWO CHECK NUMBER | 1315 | 1750.00 | 3825.31 |
| 03/11/05 | 03/11/05 | TWO | * | 1.49 | 3823.82 |
| | | DBT WITHDRAWAL ON 03/10 @ 00:00<br>NEXTEL *DATA SERVICES<br>800-639-6111 CO<br>REFERENCE # 000852875208 | | | |
| 03/11/05 | 03/11/05 | TWO | * | 23.24 | 3800.58 |
| | | DBT WITHDRAWAL ON 03/09 @ 00:00<br>THE HOME DEPOT 2608<br>QUINCY MA<br>REFERENCE # 010178194331 | | | |
| 03/11/05 | 03/11/05 | TWO | * | 14.82 | 3785.76 |
| | | DBT WITHDRAWAL ON 03/09 @ 00:00<br>THE HOME DEPOT 2608<br>QUINCY MA<br>REFERENCE # 010178194216 | | | |
| 03/11/05 | 03/11/05 | TWO | * | 16.78 | 3768.98 |
| | | POS PURCHASE ON 03/11 @ 14:02<br>AutoZone 5019<br>756 GALLIVAN BLVD<br>DORCHESTER MA US<br>REFERENCE # 507000748491 | | | |
| 03/11/05 | 03/11/05 | DP2 DEPOSIT | * | 1000.00 | 4768.98 |
| 03/11/05 | 03/11/05 | CWO CHECK NUMBER | 1317 | 871.00 | 3897.98 |
| 03/11/05 | 03/11/05 | CWO CHECK NUMBER | 1316 | 616.74 | 3281.24 |
| 03/14/05 | 03/14/05 | TWO | * | 407.25 | 2873.99 |
| | | DBT WITHDRAWAL ON 03/10 @ 00:00<br>NORTHEAST EAGLE - BOST<br>BOSTON MA<br>REFERENCE # 007002996954 | | | |
| 03/14/05 | 03/14/05 | TWO | * | 1.99 | 2872.00 |
| | | DBT WITHDRAWAL ON 03/11 @ 00:00<br>NEXTEL *DATA SERVICES<br>800-639-6111 CO<br>REFERENCE # 000936726176 | | | |
| 03/14/05 | 03/14/05 | TWO | * | 1.99 | 2870.01 |
| | | DBT WITHDRAWAL ON 03/11 @ 00:00<br>NEXTEL *DATA SERVICES<br>800-639-6111 CO | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | REFERENCE # 000936754616 | | | |
| 03/14/05 | 03/14/05 | TWO | DBT WITHDRAWAL ON 03/10 @ 00:00<br>THE HOME DEPOT 2608<br>QUINCY MA<br>REFERENCE # 010178287884 | * | 12.41 | 2857.60 |
| 03/14/05 | 03/14/05 | TWO | POS PURCHASE ON 03/12 @ 10:31<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 507100317318 | * | 20.00 | 2837.60 |
| 03/14/05 | 03/14/05 | TWO | DBT WITHDRAWAL ON 03/11 @ 00:00<br>SUNOCO SVC STATION<br>MANCHESTER NH<br>REFERENCE # 000051601088 | * | 10.00 | 2827.60 |
| 03/14/05 | 03/14/05 | TWO | DBT WITHDRAWAL ON 03/11 @ 00:00<br>THE HOME DEPOT 2608<br>QUINCY MA<br>REFERENCE # 010178571716 | * | 21.88 | 2805.72 |
| 03/14/05 | 03/14/05 | TWO | POS PURCHASE ON 03/14 @ 05:12<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 507300619732 | * | 25.00 | 2780.72 |
| 03/14/05 | 03/14/05 | TWO | DBT WITHDRAWAL ON 03/12 @ 00:00<br>THE HOME DEPOT 2608<br>QUINCY MA<br>REFERENCE # 010179709033 | * | 8.91 | 2771.81 |
| 03/15/05 | 03/15/05 | TWO | DBT WITHDRAWAL ON 03/13 @ 00:00<br>DAMIEN'S<br>HANSON MA<br>REFERENCE # 001000358264 | * | 40.00 | 2731.81 |
| 03/15/05 | 03/15/05 | DW8 | BENEFICIAL 8006601809 | * | 136.00 | 2595.81 |
| 03/15/05 | 03/15/05 | TWO | POS PURCHASE ON 03/15 @ 14:44<br>JIFFY LUBE # 133<br>504 QUINCY AVE<br>BRAINTREE MA US<br>REFERENCE # 507401461054 | * | 66.59 | 2529.22 |

HIS 04/11/06 ND 115011648 CHRIS MEALEY ELECTRICAL INC

TOTAL DEBITS : 60 14566.52 TOTAL CREDITS : 11 12091.30

STATEMENT DATE : 12/31/05

ALL TRANSACTIONS BY DATE

| TR-DT | EF-DT | TRCD/DESCRIPTION | NONCK | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 03/16/05 | | BALANCE FORWARD ---------> | | | 2529.22 |
| 03/16/05 | 03/16/05 | TWO | * | 28.50 | 2500.72 |
| | | POS PURCHASE ON 03/16 @ 04:48<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 507500974935 | | | |
| 03/17/05 | 03/17/05 | TWO | * | 102.74 | 2397.98 |
| | | DBT WITHDRAWAL ON 03/15 @ 00:00<br>BANFIELD 0790<br>BRAINTREE MA<br>REFERENCE # 277074010072 | | | |
| 03/18/05 | 03/18/05 | TWO | * | 68.30 | 2329.68 |
| | | DBT WITHDRAWAL ON 03/16 @ 00:00<br>CONCORD ELECTRIC SUPPL<br>QUINCY MA<br>REFERENCE # 000663900019 | | | |
| 03/18/05 | 03/18/05 | TWO | * | 61.50 | 2268.18 |
| | | ATM WITHDRAWAL ON 03/18 @ 18:36<br>ELM ST MOB<br>301 ELM ST<br>BRAINTREE MA US<br>REFERENCE # 507600963550 | | | |
| 03/18/05 | 03/18/05 | TWO | * | 15.00 | 2253.18 |
| | | POS PURCHASE ON 03/18 @ 17:33<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 507700515363 | | | |
| 03/21/05 | 03/21/05 | TWO | * | 253.97 | 1999.21 |
| | | DBT WITHDRAWAL ON 03/18 @ 00:00<br>NORTHEAST EAGLE - BOST<br>BOSTON MA<br>REFERENCE # 007705613346 | | | |
| 03/21/05 | 03/21/05 | TWO | * | 20.00 | 1979.21 |
| | | POS PURCHASE ON 03/19 @ 16:29<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 507800706767 | | | |
| 03/21/05 | 03/21/05 | TWO | * | 1.99 | 1977.22 |
| | | DBT WITHDRAWAL ON 03/19 @ 00:00<br>NEXTEL *DATA SERVICES<br>800-639-6111 CO<br>REFERENCE # 000558121187 | | | |
| 03/21/05 | 03/21/05 | TWO | * | 1.99 | 1975.23 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DBT WITHDRAWAL ON 03/19 @ 00:00<br>NEXTEL *DATA SERVICES<br>800-639-6111 CO<br>REFERENCE # 000561299806 | | | |
| 03/22/05 | 03/22/05 | TWO | | * | 188.89 | 1786.34 |
| | | | DBT WITHDRAWAL ON 03/21 @ 00:00<br>BRAINTREE AUTO CENTER<br>BRAINTREE MA<br>REFERENCE # 010002196431 | | | |
| 03/22/05 | 03/22/05 | TWO | | * | 15.01 | 1771.33 |
| | | | POS PURCHASE ON 03/22 @ 12:53<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 508100181850 | | | |
| 03/24/05 | 03/24/05 | TWO | | * | 31.34 | 1739.99 |
| | | | DBT WITHDRAWAL ON 03/22 @ 00:00<br>THE HOME DEPOT 2650<br>ROCKLAND MA<br>REFERENCE # 010178550444 | | | |
| 03/24/05 | 03/24/05 | TWO | | * | 21.00 | 1718.99 |
| | | | POS PURCHASE ON 03/24 @ 09:20<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 508300507946 | | | |
| 03/25/05 | 03/25/05 | CWO | CHECK NUMBER 1307 | | 500.00 | 1218.99 |
| 03/28/05 | 03/28/05 | TWO | | * | 6.99 | 1212.00 |
| | | | DBT WITHDRAWAL ON 03/25 @ 00:00<br>NEXTEL *DATA SERVICES<br>800-639-6111 CO<br>REFERENCE # 000024014166 | | | |
| 03/28/05 | 03/28/05 | TWO | | * | 21.00 | 1191.00 |
| | | | POS PURCHASE ON 03/28 @ 15:16<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 508700329106 | | | |
| 03/30/05 | 03/30/05 | TWO | | * | 123.63 | 1067.37 |
| | | | DBT WITHDRAWAL ON 03/29 @ 00:00<br>NORTHEAST EAGLE - BOST<br>BOSTON MA<br>REFERENCE # 008804372856 | | | |
| 03/31/05 | 03/31/05 | DD8 | NSF FEE IN ERROR JAN 2005 | * | 23.00 | 1090.37 |
| 03/31/05 | 03/31/05 | CWO | CHECK NUMBER 1314 | | 300.00 | 790.37 |
| 03/31/05 | 03/31/05 | SC@ | SERVICE CHARGE | * | 17.82 | 772.55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DBT WITHDRAWAL ON 05/03 @ 00:00<br>THE HOME DEPOT 2650<br>ROCKLAND MA<br>REFERENCE # 010179382417 | | | |
| 05/05/05 | 05/05/05 | TWO | | * | 20.00 | 3827.31 |
| | | | POS PURCHASE ON 05/05 @ 09:20<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 512500739238 | | | |
| 05/06/05 | 05/06/05 | TWO | | * | 70.07 | 3757.24 |
| | | | DBT WITHDRAWAL ON 05/04 @ 00:00<br>THE HOME DEPOT 2650<br>ROCKLAND MA<br>REFERENCE # 010179318246 | | | |
| 05/06/05 | 05/06/05 | CWO | CHECK NUMBER 1320 | | 3000.00 | 757.24 |
| 05/09/05 | 05/09/05 | TWO | | * | 1.99 | 755.25 |
| | | | DBT WITHDRAWAL ON 05/08 @ 00:00<br>NEXTEL *DOWNLOAD&SVCS<br>800-639-6111 CO<br>REFERENCE # 000536181113 | | | |
| 05/09/05 | 05/09/05 | DPO | DEPOSIT | * | 1000.00 | 1755.25 |
| 05/09/05 | 05/09/05 | CWO | CHECK NUMBER 1322 | | 434.00 | 1321.25 |
| 05/10/05 | 05/10/05 | CWO | CHECK NUMBER 1324 | | 310.87 | 1010.38 |
| 05/11/05 | 05/11/05 | CWO | CHECK NUMBER 1323 | | 500.00 | 510.38 |
| 05/11/05 | 05/11/05 | CWO | CHECK NUMBER 1321 | | 401.00 | 109.38 |
| 05/12/05 | 05/12/05 | TWO | | * | 20.00 | 89.38 |
| | | | DBT WITHDRAWAL ON 05/10 @ 00:00<br>EXXONMOBIL34 01355791<br>BRAINTRE MA<br>REFERENCE # 378000026399 | | | |
| 05/12/05 | 05/12/05 | TWO | | * | 24.57 | 64.81 |
| | | | DBT WITHDRAWAL ON 05/10 @ 00:00<br>THE HOME DEPOT 2650<br>ROCKLAND MA<br>REFERENCE # 010179818544 | | | |
| 05/16/05 | 05/16/05 | TWO | | * | 51.50 | 13.31 |
| | | | ATM WITHDRAWAL ON 05/14 @ 07:41<br>SOUTH SHORE SAVINGS BK<br>370 QUINCY AV<br>QUINCY MA US<br>REFERENCE # 51341042 | | | |
| 05/24/05 | 05/24/05 | TWO | | * | 2.99 | 10.32 |

HIS 04/11/06 ND 115011648 CHRIS MEALEY ELECTRICAL INC
TOTAL DEBITS : 44 12828.69 TOTAL CREDITS : 10 12068.30
ALL TRANSACTIONS BY DATE STATEMENT DATE : 4/11/06

| TR-DT | EF-DT | TRCD/DESCRIPTION | | NONCK | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 04/01/05 | | | BALANCE FORWARD ---------> | | | 772.55 |
| 04/01/05 | 04/01/05 | DW8 | 94009 NASE XXXXXXXXXX | * | 569.00 | 203.55 |
| 04/04/05 | 04/04/05 | TWO | | * | 40.00 | 163.55 |
| | | | POS PURCHASE ON 04/02 @ 10:32<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 509200238345 | | | |
| 04/04/05 | 04/04/05 | TWO | | * | 20.00 | 143.55 |
| | | | DBT WITHDRAWAL ON 04/03 @ 00:00<br>HESS 21521<br>SOMERVILLE MA<br>REFERENCE # 710002089471 | | | |
| 04/14/05 | 04/14/05 | TWO | | * | 1.49 | 142.06 |
| | | | DBT WITHDRAWAL ON 04/13 @ 00:00<br>NEXTEL *DOWNLOAD&SVCS<br>800-639-6111 CO<br>REFERENCE # 000532065855 | | | |
| 04/15/05 | 04/15/05 | TWO | | * | 10.00 | 132.06 |
| | | | POS PURCHASE ON 04/15 @ 05:22<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 510500677454 | | | |
| 04/15/05 | 04/15/05 | TWO | | * | 101.50 | 30.56 |
| | | | ATM WITHDRAWAL ON 04/15 @ 12:59<br>SOUTH SHORE SAVINGS BK<br>370 QUINCY AV<br>QUINCY MA US<br>REFERENCE # 51056335 | | | |
| 04/25/05 | 04/25/05 | TD1 | POS RETURN ON 04/21 @ 00:00<br>CONCORD ELECTRIC SUPPL<br>QUINCY MA<br>REFERENCE # 000663600029 | * | 68.30 | 98.86 |
| 04/29/05 | 04/30/05 | SC@ | SERVICE CHARGE | * | 38.53 | 60.33 |
| 04/29/05 | 04/30/05 | ID@ | INTEREST PAID | * | 0.00 | 60.33 |
| 05/02/05 | 05/02/05 | DP5 | DEPOSIT | * | 1050.00 | 1110.33 |
| 05/02/05 | 05/02/05 | DM8S | 94009 NASE XXXXXXXXXX | * | 569.00 | 541.33 |
| 05/02/05 | 05/02/05 | DP2 | DEPOSIT | * | 3500.00 | 4041.33 |
| 05/03/05 | 05/03/05 | TWO | | * | 20.00 | 4021.33 |
| | | | POS PURCHASE ON 05/03 @ 08:44<br>EXXONMOBIL<br>GEORGE JREIGE<br>BRAINTRE MA US<br>REFERENCE # 512300335733 | | | |
| 05/05/05 | 05/05/05 | TWO | | * | 174.02 | 3847.31 |

HIS 04/11/06 ND 115011648 CHRIS MEALEY ELECTRICAL INC
TOTAL DEBITS : 23 6451.15 TOTAL CREDITS : 6 6450.00
STATEMENT DATE : 4/11/06
ALL TRANSACTIONS BY DATE

| TR-DT | EF-DT | TRCD/DESCRIPTION | | NONCK | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 05/24/05 | | | BALANCE FORWARD ---------> | | | 13.31 |
| 05/24/05 | 05/24/05 | TWO | DBT WITHDRAWAL ON 05/23 @ 00:00 NEXTEL *DOWNLOAD&SVCS 800-639-6111 CO REFERENCE # 000651546612 | * | 2.99 | 10.32 |
| 05/25/05 | 05/25/05 | DP2 | DEPOSIT | * | 3500.00 | 3510.32 |
| 05/27/05 | 05/27/05 | TWO | ATM WITHDRAWAL ON 05/27 @ 10:50 FIRST TRADE UNION BANK 753 EAST BROADWAY BOSTON MA US REFERENCE # 000000009229 | * | 300.00 | 3210.32 |
| 05/27/05 | 05/27/05 | WDO | CHECK NUMBER 1325 | | 1500.00 | 1710.32 |
| 05/31/05 | 05/31/05 | TWO | DBT WITHDRAWAL ON 05/26 @ 00:00 THE HOME DEPOT 2608 QUINCY MA REFERENCE # 010178844303 | * | 68.96 | 1641.36 |
| 05/31/05 | 05/31/05 | TWO | ATM WITHDRAWAL ON 05/28 @ 12:54 SOUTH SHORE SAVINGS BK 370 QUINCY AV QUINCY MA US REFERENCE # 51483337 | * | 501.50 | 1139.86 |
| 05/31/05 | 05/31/05 | SC@ | SERVICE CHARGE | * | 19.49 | 1120.37 |
| 05/31/05 | 05/31/05 | ID@ | INTEREST PAID | * | 0.00 | 1120.37 |
| 06/02/05 | 06/02/05 | DW8 | 94009 NASE PAYMENT | * | 569.00 | 551.37 |
| 06/07/05 | 06/07/05 | DPO | DEPOSIT | * | 500.00 | 1051.37 |
| 06/07/05 | 06/07/05 | CFOS | CHECK NUMBER 1327 | | 1000.00 | 51.37 |
| 06/10/05 | 06/10/05 | DPO | DEPOSIT | * | 600.00 | 651.37 |
| 06/13/05 | 06/13/05 | DW8 | NEXTEL8006396111 ACHBILLPAY | * | 500.00 | 151.37 |
| 06/21/05 | 06/21/05 | TWO | DBT WITHDRAWAL ON 06/20 @ 00:00 NEXTEL *DOWNLOAD&SVCS 800-639-6111 CO REFERENCE # 000791140743 | * | 1.49 | 149.88 |
| 06/29/05 | 06/29/05 | DPO | DEPOSIT | * | 400.00 | 549.88 |
| 06/29/05 | 06/29/05 | DM8S | NEXTEL8006396111 ACHBILLPAY | * | 426.71 | 123.17 |
| 06/30/05 | 06/30/05 | SC@ | SERVICE CHARGE | * | 39.53 | 83.64 |
| 06/30/05 | 06/30/05 | ID@ | INTEREST PAID | * | 0.00 | 83.64 |
| 07/29/05 | 07/31/05 | SC@ | SERVICE CHARGE | * | 13.94 | 69.70 |
| 07/29/05 | 07/31/05 | ID@ | INTEREST PAID | * | 0.00 | 69.70 |
| 08/11/05 | 08/11/05 | DPO | DEPOSIT | * | 750.00 | 819.70 |
| 08/11/05 | 08/11/05 | DM8S | NEXTEL8006396111 ACHBILLPAY | * | 702.62 | 117.08 |
| 08/29/05 | 08/29/05 | DPO | DEPOSIT | * | 700.00 | 817.08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/29/05 | 08/29/05 | DM8S | NEXTEL8006396111 ACHBILLPAY | * | 691.97 | 125.11 |
| 08/31/05 | 08/31/05 | SC@ | SERVICE CHARGE | * | 15.63 | 109.48 |
| 08/31/05 | 08/31/05 | ID@ | INTEREST PAID | * | 0.00 | 109.48 |
| 09/30/05 | 09/30/05 | SC@ | SERVICE CHARGE | * | 13.84 | 95.64 |
| 09/30/05 | 09/30/05 | ID@ | INTEREST PAID | * | 0.00 | 95.64 |
| 10/31/05 | 10/31/05 | SC@ | SERVICE CHARGE | * | 13.86 | 81.78 |
| 10/31/05 | 10/31/05 | ID@ | INTEREST PAID | * | 0.00 | 81.78 |
| 11/30/05 | 11/30/05 | SC@ | SERVICE CHARGE | * | 13.88 | 67.90 |
| 11/30/05 | 11/30/05 | ID@ | INTEREST PAID | * | 0.00 | 67.90 |
| 12/30/05 | 12/30/05 | SC@ | SERVICE CHARGE | * | 13.90 | 54.00 |
| 12/30/05 | 12/30/05 | ID@ | INTEREST PAID | * | 0.00 | 54.00 |
| 01/31/06 | 01/31/06 | SC@ | SERVICE CHARGE | * | 13.92 | 40.08 |
| 01/31/06 | 01/31/06 | ID@ | INTEREST PAID | * | 0.00 | 40.08 |
| 02/28/06 | 02/28/06 | SC@ | SERVICE CHARGE | * | 13.95 | 26.13 |
| 02/28/06 | 02/28/06 | ID@ | INTEREST PAID | * | 0.00 | 26.13 |
| 03/31/06 | 03/31/06 | SC@ | SERVICE CHARGE | * | 13.97 | 12.16 |
| 03/31/06 | 03/31/06 | ID@ | INTEREST PAID | * | 0.00 | 12.16 |

# !

HILLSBOROUGH NH US
REFERENCE # 506101004396 * 41.20 445.19

/04/05 03/04/05 TWO
DBT WITHDRAWAL ON 03/02 @ 00:00
EXXONMOBIL34 01355791
BRAINTRE MA
REFERENCE # 378000000017 * 35.00 410.19

1/04/05 03/04/05 TWO
POS PURCHASE ON 03/04 @ 05:13
EXXONMOBIL
GEORGE JREIGE
BRAINTRE MA US
REFERENCE # 506300752926 * 201.00 209.19

3/04/05 03/04/05 TWO
ATM WITHDRAWAL ON 03/04 @ 08:39
BANK OF AMERICA
10 TREMONT STREET
BRAINTREE MA US
REFERENCE # 50638600 * 20.00 189.19

13/07/05 03/07/05 TWO
POS PURCHASE ON 03/07 @ 05:13
EXXONMOBIL
GEORGE JREIGE
BRAINTRE MA US
REFERENCE # 506600347760 * 1.99 187.20

03/07/05 03/07/05 TWO
DBT WITHDRAWAL ON 03/06 @ 00:00
NEXTEL *DATA SERVICES
800-639-6111 CO
REFERENCE # 000550609366 * 5.99 181.21

03/07/05 03/07/05 TWO
DBT WITHDRAWAL ON 03/06 @ 00:00
NEXTEL *DATA SERVICES
800-639-6111 CO
REFERENCE # 000550609374

03/07/05 03/07/05 DP2 DEPOSIT * 5500.00 5681.21

03/09/05 03/09/05 TWO * 85.90 5595.31
DBT WITHDRAWAL ON 03/07 @ 00:00
COMEDY THEATER PRODUCT
CANTON MA
REFERENCE # 228577600020 * 20.00 5575.31

03/10/05 03/10/05 TWO
POS PURCHASE ON 03/10 @ 04:59
EXXONMOBIL
GEORGE JREIGE
BRAINTRE MA US