| 12/22/2006 | SEGAL, ROITMAN & COLEMAN | |
|---|---|---|
| 11:40 AM | Slip Listing | Page 1 |

## Selection Criteria

| | |
|---|---|
| Slip.Date | 2/15/2006 - 12/22/2006 |
| Clie.Selection | Include: 3013-02037 |
| Slip.Classification | Open |
| Clie.Selection | Include: 3013-02037 |
| Slip.Transaction Ty | 1 - 1 |

Rate Info - identifies rate source and level

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 85501               TIME<br>2/21/2006<br>Billed       G:57699     3/14/2006<br>DRAFT MOTION FOR COMPLIANCE WITH COURT ORDER; TELEPHONE CONSULTATION WITH COURT CLERK REGARDING SAME | G. Geiman<br>TIME<br>3013-02037 | 0.50<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 110.00 |
| 85805               TIME<br>3/1/2006<br>Billed       G:58370     4/20/2006<br>TELEPHONE CONSULTATION WITH CHRIS MEALEY REGARDING COMPLIANCE WITH COURT ORDER | G. Geiman<br>TIME<br>3013-02037 | 0.10<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 22.00 |
| 86381               TIME<br>3/14/2006<br>Billed       G:58370     4/20/2006<br>TELEPHONE CONSULTATION WITH COURT CLERK; TELEPHONE CONSULTATION WITH CHRIS MEALEY; DRAFT RECOMMENDATION | G. Geiman<br>TIME<br>3013-02037 | 0.40<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 88.00 |
| 86726               TIME<br>3/20/2006<br>Billed       G:58370     4/20/2006<br>TELEPHONE CONSULTATION WITH COURT CLERK; TELEPHONE CONSULTATION WITH ADMINISTRATOR GAMBINO; DRAFT MOTION FOR COMPLIANCE WITH COURT ORDER | G. Geiman<br>TIME<br>3013-02037 | 0.90<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 198.00 |
| 86739               TIME<br>3/24/2006<br>Billed       G:58370     4/20/2006<br>TELEPHONE CONSULTATION WITH COURT CLERK | G. Geiman<br>TIME<br>3013-02037 | 0.10<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 22.00 |

| | SEGAL, ROITMAN & COLEMAN | | |
|---|---|---|---|
| 12/22/2006 | Slip Listing | | Page 2 |
| 11:40 AM | | | |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 87377   TIME<br>4/10/2006<br>Billed  G:58516  5/10/2006<br>TELEPHONE CONSULTATION WITH CLERK REGARDING ARREST WARRANT | G. Geiman<br>TIME<br>3013-02037 | 0.10<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 22.00 |
| 96373   TIME<br>11/28/2006<br>Billed  G:62414  12/11/2006<br>REVIEW FILE IN ANTICIPATION OF DRAFTING MOTION FOR COMPLIANCE WITH COURT ORDER | G. Geiman<br>TIME<br>3013-02037 | 0.40<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 88.00 |
| 96515   TIME<br>11/29/2006<br>Billed  G:62414  12/11/2006<br>DRAFT MOTION FOR COMPLIANCE WITH COURT ORDER | G. Geiman<br>TIME<br>3013-02037 | 2.00<br>2.00<br>0.00<br>0.00 | 220.00<br>C@1<br>Do Not Bill | 440.00 |
| 97009   TIME<br>12/6/2006<br>WIP<br>REVIEW MOTION | A. Sills<br>TIME<br>3013-02037 | 0.40<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 88.00 |
| 97042   TIME<br>12/8/2006<br>WIP<br>REVIEW FILE; EDIT MOTION; CONSULTATIONS WITH G. GEIMAN | A. Sills<br>TIME<br>3013-02037 | 0.50<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 110.00 |
| 97231   TIME<br>12/14/2006<br>WIP<br>DRAFT LETTER TO ADMIN GAMBINO SEEKING DIRECTION | G. Geiman<br>TIME<br>3013-02037 | 0.80<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 176.00 |
| 97361   TIME<br>12/19/2006<br>WIP<br>TELEPHONE CONSULTATION WITH ADMIN GAMBINO; PREPARE COURT FILINGS REGARDING COMPLIANCE WITH ORDER | G. Geiman<br>TIME<br>3013-02037 | 0.70<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 154.00 |
| 97402   TIME<br>12/20/2006<br>WIP<br>PREPARE FOR AND ATTEND STATUS CONFERENCE; DRAFT MOTION FOR ISSUANCE OF A CAPIAS | G. Geiman<br>TIME<br>3013-02037 | 3.00<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 660.00 |

12/22/2006  
11:40 AM

SEGAL, ROITMAN & COLEMAN  
Slip Listing

Page 3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 97460　　　　TIME<br>12/22/2006<br>WIP<br>　REVIEW AND EDIT CAPIAS PLEADINGS | A. Sills<br>TIME<br>3013-02037 | 0.40<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 88.00 |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable<br>Unbillable<br>Total | 8.30<br>2.00<br>10.30 | | 1826.00<br>440.00<br>2266.00 |