## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RUSSELL F. SHEEHAN, as he is
Administrator, ET AL.,
                            Plaintiffs

                    v.                          CIVIL ACTION NO.:
                                                      04-12209-EFH

CHRIS MEALEY ELECTRICAL, INC.,
ET AL.,
                            Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

December 29, 2006

HARRINGTON, S.D.J.

      The Court, having granted Plaintiffs' Motion for the Issuance of a Capias, orders the issuance of a capias to place Chris Mealey, the President of Defendant Chris Mealey Electrical, Inc., in custody until such time as he complies with this Court's April 11, 2005 Order for Preliminary Injunction and its October 19, 2005 Order.

      SO ORDERED.

                                                    /s/ Edward F. Harrington
                                                    EDWARD F. HARRINGTON
                                                    United States Senior District Judge