## SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108
www.segalroitman.com

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT-MITRA
GREGORY A. GEIMAN
NICOLE HORBERG DECTER

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

\* Also Admitted to the New Hampshire Bar

\*\*Also Admitted to the California Bar

March 29, 2007

**VIA FACSIMILE & FIRST CLASS MAIL**
Christopher J. Mealey, President
Chris Mealey Electrical, Inc.
90 Wilkins Road
Braintree, MA 02184

Re:   Russell F. Sheehan, as he is Administrator, et al v. Chris Mealey Electrical, Inc.
      C.A. No. 04-12209 EFH

Dear Mr. Mealey:

Per our conversation yesterday, enclosed is a Settlement Agreement with regard to the above-referenced matter for your review and signature. If you are in agreement with the terms in this document, please sign and date the last page in the appropriate spaces (both on behalf of yourself and of the company) and return it to me as soon as possible via fax at (617) 742-2187. Please also mail me the original version of the document.

Thank you. Feel free to contact me with any questions.

Very truly yours,

Gregory A. Geiman

Encl.

GAG/gag&ts
ARS 3013 02-037/mealey28.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187

## Confirmation Report – Memory Send

```
Time     : Mar-29-07  12:51pm
Tel line : 6177422187
Name     : SEGAL,ROITMAN ET AL
```

| | | |
|---|---|---|
| Job number | : | 085 |
| Date | : | Mar-29 12:36pm |
| To | : | 17818431491 |
| Document pages | : | 05 |
| Start time | : | Mar-29 12:36pm |
| End time | : | Mar-29 12:51pm |
| Pages sent | : | 00 |
| Status | : | 50 |
| Job number | : 085 | |

**\*\*\* SEND FAILED \*\*\***

### SEGAL, ROITMAN & COLEMAN
COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108
www.segalroitman.com

ROBERT M. SEGAL (1915-1999)

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT-MITRA
GREGORY A. GEIMAN
NICOLE HORBERG DECTER

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, Jr.
PAUL S. HOROVITZ

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

### FAX TRANSMITTAL SHEET

DATE: 3/29/07          TIME: 12:36 AM/PM

TO: Chris Dooley       FAX#: (781) 843-1491
                       PHONE #: _____

FROM: _____

Number of pages (including cover sheet): 5

MESSAGE:
_____
_____
_____
_____
_____

*If you do not receive this fax, please notify _____ at the above telephone number.*

The information contained in this transmittal is privileged and confidential. If the reader of this transmittal is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us.

TEL: (617) 742-0208 • FAX: (617) 742-2187